IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| ROY PRUITT, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action: 7:22-cv-00151-DC-RCG |
| | § | |
| FAB TECH DOWNHOLE, LLC, and | § | |
| SHANNON D. COAN, | § | |
| *Defendants.* | § | |

## ADR REPORT

Pursuant to Local Rule CV-88, Mediator Dennis A. Clifford reports that the Parties mediated this overtime-pay and breach-of-contract case. The Parties were unable to reach a settlement, and the Mediator has declared an impasse.

By Neutral:

s/ Dennis A. Clifford
Dennis A. Clifford
The Clifford Law Firm, PLLC
440 Louisiana Street, Suite 900
Houston, TX 77002
713-999-1833 – Telephone
dennis@cliffordemploymentlaw.com

## CERTIFICATE OF SERVICE

I certify that on October 5, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record.

s/ Dennis A. Clifford
Dennis A. Clifford