UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| **ROY PRUITT,** | § | C.A. No. MO:22-CV-00151-DC-RCG |
| *Plaintiff,* | § § § | |
| v. | § | JURY TRIAL DEMANDED |
| **FAB TECH DOWNHOLE, LLC** and **SHANNON D. COAN** | § § § § | |
| *Defendants.* | § § § § | |

## NOTICE OF SETTLEMENT

Plaintiff Roy Pruitt and Defendants Fab Tech Downhole, LLC and Shannon D. Coan (collectively "the Parties") have reached an amicable resolution. Plaintiff anticipates filing dismissal documents within thirty (30) days of the filing of this Notice.

Date:   October 27, 2023                              Respectfully submitted,

                                          **ANDERSON ALEXANDER, PLLC**

By:   /s/ *Clif Alexander*
      **Clif Alexander**
      State Bar No. 24064805
      clif@a2xlaw.com
      **Austin W. Anderson**
      State Bar No. 24045189
      austin@a2xlaw.com
      **Lauren E. Braddy**
      State Bar No. 24071993
      lauren@a2xlaw.com
      **Carter T. Hastings**
      Texas Bar No. 24101879
      carter@a2xlaw.com
      101 N. Shoreline Blvd., Suite 610
      Corpus Christi, Texas 78401
      Telephone: (361) 452-1279
      Facsimile: (361) 452-1284

      *Attorneys in Charge for Plaintiff*

      **MAY & MAY**

By:   /s/ *Marc R. May*
      **Marc R. May**
      State Bar No. 13268300
      Marc@mayandmay.law
      **Macy M. May**
      State Bar No. 24096190
      Macy@mayandmay.law
      6371 Preston Road, Suite 150
      Frisco, Texas 75034
      Telephone: (972) 502-9500
      Facsimile: (972) 502-9501

      *Attorneys in Charge for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Clif Alexander*
Clif Alexander
