IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ROY PRUITT, § | |
| *Plaintiff,* § | |
| § | |
| v. § | NO. MO:22-CV-00151 |
| § | |
| FAB TECH DOWNHOLE, LLC, AND § | |
| SHANNON D. COAN, § | |
| *Defendants.* § | |
| § | |

# ORDER

BEFORE THE COURT is the Parties' Notice of Settlement (Doc. 30) filed October 27, 2023. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

The Final Pretrial Hearing and Jury Selection/trial are cancelled. All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 30th day of October, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE