UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ROY PRUITT, | § § § § | Civil Action No. 7:22-CV-00151-DC-RCG |
| *Plaintiff*, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| FAB TECH DOWNHOLE, LLC and SHANNON D. COAN | § § § § | |
| *Defendants*. | § § § § | |

## **PLAINTIFF'S REQUEST FOR TELEPHONIC STATUS CONFERENCE**

Plaintiff Roy Pruitt respectfully requests that the Court set a telephonic status conference to discuss the status of the settlement agreement and the upcoming deadline to file the necessary papers to dismiss this action (ECF No. 32). Specifically, the Parties have been unable to finalize the settlement as they disagree over the inclusion of a provision providing for a late fee penalty that would apply if the Defendants failed to meet the deadline for the full payment of the settlement amount. Despite numerous calls and emails from Plaintiff's Counsel, Counsel for Defendant has not responded to Plaintiff's Counsel since December 4, 2023. Plaintiff respectfully requests the Court's guidance in the matter so that the Parties may finalize the settlement and close this matter.

Date: December 27, 2023   Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Carter Hastings*
**Carter T. Hastings**
State Bar No. 24101879
carter@a2xlaw.com
**Clif Alexander**
State Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
State Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
State Bar No. 24071993
lauren@a2xlaw.com
101 North Shoreline, Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

*Attorneys in Charge for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court for the Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Carter Hastings*
Carter Hastings