IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| ROY PRUITT, | § | |
| :-- | :-- | :-- |
| *Plaintiff,* | § | |
| | § | |
| v. | § | MO:22-CV-00151-DC |
| | § | |
| FAB TECH DOWNHOLE, LLC, | § | |
| and SHANNON D. COAN, | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Roy Pruitt's request to set a telephonic status conference to discuss the parties' settlement issues.[1] The parties' deadline to file their dismissal documents is only days away and Defendants have again gone radio silent.[2] Nevertheless, the parties are instructed to consummate settlement on their own. If the parties fail to come to an agreement, the matter will resume where it left off.

Pruitt's request is **DENIED**.

It is so **ORDERED**.

**SIGNED** this 27th day of December 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 33.
[2] *See* ECF No. 26 (noting Defendants' lack of participation in this matter).