# **Exhibit 3**
## (Part 2)

* **Mike Seely (class of '07):** Mr. Seely works in Houston. His online biography states that he is a trial lawyer. On November 20, 2013, Judge Lynn N. Hughes awarded fees for time Mr. Seely worked on a First Amendment/constitutional free speech firing and employment retaliation case. *See Culbertson v. Lykos*, No. 4:12-cv-03644 (Doc. 69) (S.D. Tex. Houston) (granting fees requested in Doc. 45: "Rachel Palmer takes, jointly and severally, $82,101.00 in reasonable attorney's fees from Amanda Culbertson and Jorge Wong"), *reversed on other grounds* 790 F.3d 608 (5th Cir. 2015). The fees requested were based, in part, on September 12, 2013, testimony about Mr. Seely's rate of $380.00 per hour for his work on the case. *See id.* (Doc. 45-1) at p. 2–3, ¶¶ 5 & 8 (Declaration of Katherine D. David attached as Exhibit A to Rachel Palmer's Motion for an Award of Court Costs, Reasonable Attorney's Fees and Other Expenses: "Based on the hourly rates and total number of hours billed, Gardere has charges of $82,101.00 for the legal services and expenses it has rendered to defend Rachel Palmer since May 1, 2013. . . . The current hourly rates of the aforementioned attorneys are as follows: . . . Mike Seely - $380 . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 20.06% higher in 2021 versus 2013 (a $76.24 difference).[22] So, adjusted *only* for such inflation from the year of Judge Hughes's ruling to the end of 2021, that $380.00 hourly rate for Mr. Seely is $456.24.

* **Nehal S. Anand (class of '09):** Ms. Anand works in Houston. Her online biography states that she "advises and represents employers in a broad range of employment law matters arising under federal and state laws, . . . ." On July 20, 2020, in response to an offer to reimburse for an hour of time in a Houston employment discrimination case, *Singhal v. Baylor College of Medicine*, No. 4:19-cv-01362 (S.D. Tex. Houston), Ms. Anand noted in an email that her hourly rate for work in that case is $440.00 per hour: "Nitin, my hourly rate for this case is $440." According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.75 difference).[23] So, adjusted *only* for such inflation from the year of this representation to the end of 2021, that $440.00 hourly rate for Ms. Anand is $446.75.

* **Aaron Johnson (class of '08):** Mr. Johnson works in Austin where he represents low-income workers. On September 24, 2019, Judge Nancy F. Atlas found that $405.00 per hour was a reasonable hourly rate for Mr. Johnson's work in a Houston FLSA case. *See Chavez v. Shahini Corp.*, No. 4:19-cv-02324 (Doc. 9) at pp. 1–2, ¶ 5 (S.D. Tex. Houston) ("The court finds that the following hourly

---

[22] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2021?amount=380

[23] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=440

rates requested by Plaintiff are reasonable based on the market rates in the community for legal services on employment cases such as this . . . Aaron Johnson, Attorney licensed 2008: $405/hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $10.69 difference).[24] So, adjusted *only* for such inflation from the year of this judicial finding to the end of 2021, that $405.00 hourly rate for Mr. Johnson is $415.69.

* ## Lakshmi Ramakrishnan (class of '02): Ms. Ramakrishnan works in Houston. Her online biography states that she "represent[s] employees—low-income agricultural workers and other employees involved in workplace disputes." On August 1, 2014, Magistrate Judge Nancy K. Johnson awarded Ms. Ramakrishnan's prior law firm discovery sanctions in a Houston FLSA case and, in doing so, approved of the requested hourly rate of $350.00 for her work. *See Magdaleno v. PCM Constr. Servs., LLC*, No. 4:12-cv-02862 (Doc. 109) at pp. 9–10 (S.D. Tex. Houston) ("Kennard stated that his billing rate is $475 per hour, the billing rate for his senior associate Lakshmi Ramakrishnan ('Ramakrishnan') is $350 per hour . . . In the absence of evidence challenging these hourly rates, the court assumes that the requested rates are reasonable."). On September 12, 2014, Judge Sim Lake then ordered defendants to pay these sanctions. *See id.* (Doc. 116) (Order Granting Plaintiff's Unopposed Motion to Enforce). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (a $61.42 difference).[25] So, adjusted *only* for such inflation from the year of these court rulings to the end of 2021, that $350.00 hourly rate for Ms. Ramakrishnan is $411.42.

* ## Richard Schreiber (class of '06): Mr. Schreiber works in Houston. On March 18, 2020, Judge Hilda Tagle determined that $400.00 per hour was reasonable for his work in a Corpus Christi FLSA case. *See Herrera v. Brigham Resources, Inc.*, No. 2:17-CV-309 (Doc. 33) at pp. 10–11 (S.D. Tex. Corpus Christi) ("Given each attorney's experience and the cited caselaw, the Court determines that the following hourly rates are reasonable for each attorney: . . . $400 for Schreiber . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.14 difference).[26] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2021, that $400.00 hourly rate for Ms. Schreiber is $406.14.

---

[24] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=405

[25] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=350

[26] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=400

**\* Christopher Willett (class of '09):** Mr. Willett works in Austin. His State Bar of Texas profile lists only "Labor-Employment" as his practice area. On September 24, 2019, Judge Nancy F. Atlas found that $390.00 per hour was a reasonable hourly rate for Mr. Willett's work in a Houston FLSA case. *See Chavez v. Shahini Corp.*, No. 4:19-cv-02324 (Doc. 9) at pp. 1–2, ¶ 5 (S.D. Tex. Houston) ("The court finds that the following hourly rates requested by Plaintiff are reasonable based on the market rates in the community for legal services on employment cases such as this . . . Christopher Willett, Attorney licensed 2009: $390/hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $10.29 difference).[27] So, adjusted *only* for such inflation from the year of this judicial finding to the end of 2021, that $390.00 hourly rate for Mr. Willett is $400.29.

**\* Sara C. Longtain (class of '07):** Ms. Longtain works in Houston. Her online biography states that she "is an advocate for employers providing strategic, business-focused advice and legal representation in a full spectrum of employee-related matters, . . . ." On December 22, 2011, her law firm charged $290.00 per hour for her work in a Houston employment agreement/non-compete case. *See Renewable Energy Group, Inc. v. Dascal*, No. 2011-51111 (190th Judicial District Court for Harris County, Texas) (Affidavit of Scott K. Davidson in Support of Attorney's Fees at p. 1, ¶ 3: "I prosecuted this case in accordance with an hourly fee agreement entered into between Renewable Energy Group, Inc. and Locke Lord LLP. My firm charged Renewable Energy Group, Inc. . . . $290.00 per hour for the work of Sara Longtain, an associate with my firm."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.87% higher in 2021 versus 2011 (a $75.03 difference).[28] So, adjusted *only* for such inflation from the year of this billing (2011) to the end of 2021, that $290.00 hourly rate for Ms. Longtain is $365.03.

**\* Scot Clinton (class of '04):** Mr. Clinton works in Houston. His online biography states that he "represents clients in a variety of real estate, construction, business and commercial litigation matters." On October 6, 2016, Judge Gray H. Miller ruled that $325.00 per hour was a reasonable rate for his work in an employment retaliation case. *See Thatcher v. Oakbend Med. Ctr.*, Civil Action No. H-14-3551 (Doc. 71) at p. 14 (S.D. Tex. Houston) ("The invoiced $325 per hour for Clinton's legal work is a reasonable rate."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the

---

[27] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=390

[28] https://www.officialdata.org/Legal-services/price-inflation/2011-to-2021?amount=290

prices for legal services are 11.93% higher in 2021 versus 2016 (a $38.77 difference).[29] So, adjusted *only* for such inflation from the year of this ruling (2016) to the end of 2021, that $325.00 hourly rate for Mr. Clinton is $363.77.

\* DeAndrea C. Washington (class of '09): Ms. Washington works in Houston. Her online biography states that she "focuses her practice on a variety of labor employment litigation matters." On October 29, 2013, in a Houston employment discrimination case, Teresa Valderrama testified that Ms. Washington's hourly rate was $275.00. *See Anderson v. Houston Community College*, No. 2012-40596 (334th Judicial District Court for Harris County, Texas) (Affidavit of Teresa S. Valderrama at p. 2, ¶5: "Her hourly rate is $275" though in that matter there was a lower specially negotiated rate). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 20.06% higher in 2021 versus 2013 (a $55.18 difference).[30] So, adjusted *only* for such inflation from the year of this testimony to the end of 2021, that $275.00 hourly rate for Ms. Washington is $330.18.

---

[29] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=325

[30] https://www.officialdata.org/Legal-services/price-inflation/2013-to-2021?amount=275

## *Classes of the 2010s*



# 36 lawyers listed

# $505.47
### average rate

# $412.89
### median rate



## Classes of the 2010s: The Rates



**$1,082.85***
Bryan M. O'Keefe
(JD 2011)

$511.33*
Charles M. Rosson
(JD 2010)

$411.22*
Evan D. Lewis
(JD 2019)

$358.18*
Samantha D. Seaton
(JD 2013)

$1,082.85*
Michael A. Schulman
(JD 2011)

$461.88*
Christopher R. Williams
(JD 2016)

$406.14*
Lindsay Itkin
(JD 2010)

$354.11*
Caitlin Boehne
(JD 2012)

$923.97*
Joshua K. Sekoski
(JD 2012)

$461.88*
Vickie Mery
(JD 2012)

$406.14*
Lauren Braddy
(JD 2010)

$341.34*
Jay Forester
(JD 2013)

$898.58*
Courtney L. Stahl
(JD 2013)

$458.44*
Liane Noble
(JD 2011)

$405.30*
Alysson Ford Ouoba
(JD 2011)

$335.79*
Brenna R. Lermon
(JD 2014)

$863.05*
Scott L. Friedman
(JD 2013)

$448.53*
Michael Reed
(JD 2012)

$399.90*
Britney J. P. Prince
(JD 2015)

$335.79*
Genevieve Estrada
(JD 2013)

$843.70*
Katherine A. Brooker
(JD 2012)

$445.00*
Benjamin D. Williams
(JD 2010)

$399.19*
Michael J. Woodson
(JD 2012)

$333.58*
Michael Adams-Hurta (JD 2015)

$835.00*
Wes Benter
(JD 2018)

$440.80*
Curtis Waldo
(JD 2010)

$390.03*
E. Steve Smith
(JD 2015)

$310.91*
Vijay Pattisapu
(JD 2011)

$538.86*
Emery Gullickson Richards (JD 2014)

$431.52*
Andrew Dunlap
(JD 2011)

$376.05*
Angeles Garcia Cassin (JD 2013)

$307.92*
Dorian Vandenberg-Rodes (JD 2013)

$530.00*
Caitlin E. Gernert
(JD 2014)

$414.55*
Matt Heller
(JD 2016)

$372.88*
Amanda E. Brown
(JD 2013)

$279.82*
Ben Michael
(JD 2013)

































# Classes of the 2010s: The Work



\* Bryan M. O'Keefe (class of '11): Mr. O'Keefe works in Washington D.C. His online biography states that he is a member of his law firm's "Labor & Employment Department." In 2019, his prior law firm billed his time at the rate of $1,055.00 per hour in a Houston bankruptcy case—for work such as: "Correspond with K&E Corporate team re potential WARN Act implications" and "review and analyze case law research on constructive discharge triggering WARN Act." *See In re: Westmoreland Coal Co.*, No. 18-35672 (Doc. 2165) at pp. 82, 693 (Bankr. S.D. Tex. Houston) (Third Interim and Final Fee Application for the WMLP Debtors and the Supplement to the Final Fee Application of the WLB Debtors of Kirkland & Ellis LLP and Kirkland & Ellis International LLP Counsel to the Debtors: "Bryan M. O'Keefe . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $1,055.00"). On August 20, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 2278). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $27.85 difference).[1] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2021, that $1,055.00 hourly rate for Mr. O'Keefe is $1,082.85.

\* Michael A. Schulman (class of '11): Mr. Schulman works in Washington, D.C. His online biography states that he is a member of his firm's "labor and employment practice group." In 2019, his law firm billed his time at the rate of $1,055.00 per hour in a Houston bankruptcy case. *See In re: Parker Drilling Co.*, No. 18-36958 (Doc. 528) at pp. 5, 83 (Bankr. S.D. Tex. Houston) (First Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from December 12, 2018 through and including March 7, 2019: "Michael A. Schulman . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . $1,055.00"). On May 29, 2019, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 537). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=1055

2.64% higher in 2021 versus 2019 (a $27.85 difference).[2] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2021, that $1,055.00 hourly rate for Mr. Schulman is $1,082.85.

* **Joshua K. Sekoski (class of '12):** Mr. Sekoski works in Washington, D.C. His online biography states that he "[f]ocuses his practice on labor and employment law and strategic advice for public and private companies, trade associations and investment funds." In 2020, his law firm billed his time at the rate of $910.00 per hour in a Houston bankruptcy case—for work such as: "Prepare payment scenarios for safety data sheet to assess its compliance with the Fair Labor Standards Act," "Correspond with L. O'Donnell of Haynes Boone re pending FLSA matters," "Review and analyze workforce reduction issues," "Prepare workforce separation agreement template," "Correspond with A. Blakeway re employee severance issues," "Conduct research re potential labor issues," and "Conduct research re pending FLSA matters." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 60, 63, 487–89, 518, 562–63, 643 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Joshua K. Sekowski . . . Rate . . . $910.00"). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $13.97 difference).[3] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2021, that $910.00 hourly rate for Mr. Sekoski is $923.97.

* **Courtney L. Stahl (class of '13):** Ms. Stahl works in Houston. Her online biography states that her "practice covers a wide range of labor and employment matters, with a particular emphasis on noncompete, trade secret and other unfair competition disputes." In 2020, her law firm listed her rate for 2020 as $885.00 per hour in a Houston bankruptcy case. *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 63 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Stahl, Courtney L. . . . Rate . . . $885.00"—which was an $80 increase from her 2019 rate listed at "$805.00" per hour). On July 28, 2020, Judge Marvin Isgur approved the

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=1055

[3] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=910

firm's request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $13.58 difference).[4] So, adjusted *only* for such inflation from the year of this stated rate (2020) to the end of 2021, that $885.00 hourly rate for Ms. Stahl is $898.58.

\* **Scott L. Friedman (class of '13):** Mr. Friedman works in Houston. His online biography states that he is currently "Employment & Litigation Counsel" in-house for an association—and previously worked for a law firm. In 2020, that previous law firm billed his time at the rate of $850.00 per hour in a Houston bankruptcy case—for work in 2020 such as: "Attend to open issues re workforce separation" and "Review analyses re labor issues." *See In re: Sanchez Energy Corp.*, No. 19-34508 (Doc. 1426) at Exhibits B & B-2, pp. 60, 64, 519, 563 (Bankr. S.D. Tex. Houston) (Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from December 1, 2019 through March 27, 2020: "Friedman, Scott . . . LAB . . . 2020 Rate . . . $850.00"—a $75.00 per hour increase from his listed "2019 Rate" of "$775.00" per hour). On July 28, 2020, Judge Marvin Isgur approved the request for fees. *See id.* (Doc. 1521). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $13.05 difference).[5] So, adjusted *only* for such inflation from the year of this billing and court ruling (2020) to the end of 2021, that $850.00 hourly rate for Mr. Friedman is $863.05.

\* **Wes Benter (class of '18):** Mr. Friedman works in New York. His online biography states that he "is an employment & labor associate" in his firm. In 2020, his firm billed his time at the rate of $835.00 per hour in a Houston bankruptcy case—for work such as: "Telephone conference with A. Ortiz-Leytte, J. Schruhl and R. Kidd re labor and employment considerations re WARN Act (.5); research and summarize applicable laws re same (.5)." *See In re: IQOR Holdings, Inc.*, No. 20-34500 (Doc. 239) at pp. 49, 109, 111 (Bankr. S.D. Tex. Houston) (Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 10, 2020 through and including October 14, 2020: "We Benter . . . Department . . . Labor & Employment . . . Hourly Rate Billed . . . In this Application . . . $835.00"). On January 8, 2021, Judge David R. Jones approved the request for fees. *See id.* (Doc. 259).

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=885

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=850

\* **Katherine A. Brooker (class of '12):** Ms. Brooker works in Houston. Her online biography states that her practice includes several areas including labor and employment matters: "Ms. Brooker also counsels employers on a variety of issues, including terminations, reductions in force and reasonable accommodations." In 2019, her law firm billed her time at the rate of $822.00 per hour in a Houston bankruptcy case—for work on "Labor Issues" and "Review [] EEOC Charge." *See In re: Bristow Group Inc.*, No. 19-3271 (Doc. 878-5) at Exhibit 5-V "Labor Issues," pp. 452–53 (Bankr. S.D. Tex. Houston) (First Interim Fee Application of Baker Botts L.L.P., Co-Counsel to the Debtors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period May 11, 2019 through July 31, 2019: "Brooker, K A . . . Rate . . . 822.00"). On December 6, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 930). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $21.70 difference).[6] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2021, that $822.00 hourly rate for Ms. Brooker is $843.70.

\* **Emery Gullickson Richards (class of '14):** Ms. Richards works in Houston. Her online biography states that she "routinely counsels organizations on employment law compliance, provides guidance to entities evaluating labor and employment aspects of business transactions, and conducts internal investigations and training programs in the workplace." In 2019, her law firm billed her time at the rate of $525.00 per hour in a Houston bankruptcy case. *See In re: Grizzly Energy, LLC*, No. 19-31786 (Doc. 658) at p. 34 (Bankr. S.D. Tex. Houston) (First Interim and Final Application of Blank Rome LLP, Co-counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses for the Period from March 31, 2019 through July 16, 2019: "Richards, Emery . . . Dept. . . . L&E . . . Labor & Employment . . . Hourly Rate . . . $525.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $13.86 difference).[7] So, adjusted *only* for such inflation from the year of this billing (2019) to the end of 2021, that $525.00 hourly rate for Ms. Richards is $538.86.

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=822

[7] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=525

* **Caitlin E. Gernert (class of '14):** Ms. Gernert works in Houston. Her online biography states that she "focuses her practice on civil and complext commercial litigation matters in state and federal courts, with a particular emphasis on employment litigation, tort and product liability litigation, and fraud and fraudulent transfer litigation." In 2021, her firm billed her time at the "[d]iscounted rate" of $530.00 per hour in a Houston employment disability discrimination and retaliation case. *See Badaiki v. Cameron Int'l Corp.*, No. 4:19-cv-00371 (Doc. 119-1) at p. 4, ¶16 (S.D. Tex. Houston) (Declaration of James H. Nye: "Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged to and paid by the firm's civil litigation clients for similar matters. . . . Table 2 . . . Caitlin Gernert . . . Discounted rate 2021 . . . $530.00").

* **Charles M. Rosson (class of '10):** Mr. Rosson works in Houston. His online biography notes that the focus of his practice is complex commercial litigation. In 2014, his law firm at the time billed for his time at the rate of $435.00 per hour in a Houston breach of employment agreement case. *See Lotte Chem. Titan (M) Sendrian Berhad v. Wilder*, No. 4:14-cv-1116 (Doc. 16-6) at p. 10 (S.D. Tex. Houston) (an invoice dated May 27, 2014, attached to the affidavit of Phillip B. Dye, Jr. shows a charge of $6,198.75 for 14.25 hours of work Mr. Rosson did in that Houston employment case—which equates to $435.00 per hour (6,198.75 ÷ 14.25 = 435)). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (a $76.33 difference).[8] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2021, that $435.00 hourly rate for Mr. Rosson is $511.33.

* **Christopher R. Williams (class of '16):** Mr. Williams works in Washington D.C. His online biography states that he "handles litigation and counseling matters on behalf of employers" and "represents employers in matters involving employee benefits issues that arise under ERISA and the Multiemployer Pension Plan Amendments Act." In 2019, his law firm billed his time at the rate of $450.00 per hour in a Houston bankruptcy case—for work such as: "Bargaining conference call with United Mine Workers regarding Beulah Mine Labor Agreement" and "Research regarding the ability of employer to refuse to pay vacation benefits during a strike." *See In re: Westmoreland Coal Co.*, No. 18-35672 (Doc. 2147-4) at pp. 10, 17 (Bankr. S.D. Tex. Houston) (Exhibit D Itemized Time

---

[8] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=435

Records of Professionals and Paraprofessionals January 7, 2019 – June 21, 2019 attached to First and Final Fee Application (WMLP Debtors) of Drinker Biddle & Reath LLP as Special Labor and Employment Benefits Counsel to the Debtors and Debtors in Possession for the Period of January 7, 2019 through June 21, 2019: "CR Williams . . . Rate . . . $450.00."). On August 14, 2019, Judge David R. Jones approved the request for fees. *See id.* (Doc. 2247). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (an $11.88 difference).[9] So, adjusted *only* for such inflation from the year of this billing and court ruling (2019) to the end of 2021, that $450.00 hourly rate for Mr. Williams is $461.88.

* **Vickie Mery (class of '12):** Ms. Mery works in Houston. On September 13, 2019, Judge Nancy F. Atlas ruled that $450.00 per hour was a reasonable rate for Ms. Mery's work in a Houston False Claims Act employment retaliation case. *See Miniex v. Houston Housing Auth.*, No. 4:17-cv-00624 (Doc. 277) at p. 8 (S.D. Tex. Houston) ("The Court concludes Bivens's ($600), Mery's ($450), Hurta's ($325), and Thornton's ($375) requested rates are reasonable for this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (an $11.88 difference).[10] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2021, that $450.00 hourly rate for Ms. Mery is $461.88.

* **Liane Noble (class of '11):** Ms. Noble works in Austin. Her online profile notes that she is a prosecuting attorney with the United States Attorney's Office for the Western District of Texas. She previously worked for a law firm. In 2014, her law firm billed for her time at the rate of $390.00 per hour in a Houston breach of employment agreement case—for work such as "Draft and revise reply in support of Motion to Remand." *See Lotte Chem. Titan (M) Sendrian Berhad v. Wilder*, No. 4:14-cv-1116 (Doc. 16) at pp. 2–3, ¶ 6 (S.D. Tex. Houston) ("A summary of fees charged by each attorney in this matter follows . . . Attorney . . . Liane Noble . . . Rate . . . $390[.] . . ."); *id.* (Doc. 16-7) at p. 4 ("Draft and revise reply in support of Motion to Remand"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (a $68.44 difference).[11] So,

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=450

[10] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=450

[11] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=390

adjusted *only* for such inflation from the year of this billing (2014) to the end of 2021, that $390.00 hourly rate for Ms. Noble is $458.44.

* **Michael Reed (class of '12):** Mr. Reed works in Houston. His online biography states that he "guides clients through labor and employment matters, especially on litigation surrounding discrimination, sexual harassment, and wrongful termination." On April 13, 2017, his client sought sanctions to recover fees at a rate of $415.00 per hour incurred for his time in defending a Houston Deceptive Trade Practices Act (DTPA) case over a job posting for a staffing agency—for work such as preparing for and attending a deposition that did not take place. *See Grivich v. Robert Half Int'l, Inc.*, No. 2016-57390 (269th Judicial District Court for Harris County, Texas) (Defendant Robert Half International, Inc.'s Motion for Sanctions at p. 8 ¶ 20: "Robert Half incurred significant costs, including travel and hotel expenses for Robert Half's lead counsel, attorneys' fees for appearing at and preparing for Plaintiff's deposition, costs of the court reporter and videographer, and fees in researching for and drafting this Motion. [*See* Itemized Accounting of Defendant's Fees and Costs, attached as <u>Exhibit 15</u>.]") (Exhibit 15: "Michael Reed . . . Rate (per hour) . . . $415.00 . . . Arrive at Hunton & Williams LLP's Houston office to prepare for and attend deposition of Plaintiff and communicate with client regarding same . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a $33.53 difference).[12] So, adjusted *only* for such inflation from the year of this invoicing and motion (2017) to the end of 2021, that $415.00 hourly rate for Mr. Reed is $448.53.

* **Benjamin D. Williams (class of '10):** Mr. Williams works in Atlanta but in 2021, he worked in Houston. His online biography states that "focuses his practice on defending Fortune 500 companies in business disputes, including high-stakes class-action cases and complex labor and employment matters." In 2021, his prior firm billed his time at the "[d]iscounted rate" of $445.00 per hour in a Houston employment disability discrimination and retaliation case. *See Badaiki v. Cameron Int'l Corp.*, No. 4:19-cv-00371 (Doc. 119-1) at p. 4, ¶16 (S.D. Tex. Houston) (Declaration of James H. Nye: "Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged to and paid by the firm's civil litigation clients for similar matters. . . . Table 2 . . . Benjamin Williams . . . Discounted rate 2021 . . . $445.00").

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=415

* **Curtis Waldo (class of '10):** Mr. Waldo "is located in the Houston office where he focuses on representing energy companies in high-stakes litigation." On September 25, 2015, Judge Nancy F. Atlas awarded fees requested for Mr. Waldo's work in a Houston ERISA case. *See Romano Woods Dialysis Ctr. v. Admiral Linen Serv., Inc.*, No. 4:14-cv-01125 (Doc. 62-1) (S.D. Tex. Houston) ("Based on this review, and a clear recollection of the litigation of this lawsuit, the Court finds that the $209,350.13 in attorneys' fees requested by Defendants is reasonable and appropriate.") (awarding all fees requested in Defendants' Motion for Fees and Costs (Doc. 62)). The court-approved request for fees included work Mr. Waldo did at an hourly rate of $375.00—including work done and billed on invoices in 2014 at that rate. *See id.* (Doc. 62-1) at pp. 17, 21, 25, 29, 34, 41 (Affidavit of Kenneth E. Broughton, for work such as "Review and revise motion to dismiss" and "Review discovery requests and initial disclosures to plaintiff and co-defendant" and "Draft answer and defenses to Plaintiff's complaint" and "Draft objections and responses to Plaintiff's discovery requests" and "Draft and revise proposed agreed protective order" and "Review and revise mediation statement"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (a $65.80 difference).[13] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2021, that $375.00 hourly rate for Mr. Waldo is $440.80.

* **Andrew Dunlap (class of '11):** Mr. Dunlap works in Houston. His online biography states that he "has represented thousands of employees, pursuing companies that violate wage and hour laws." On March 18, 2020, Judge Hilda Tagle determined that $425.00 per hour was reasonable for his work in a Corpus Christi FLSA case. *See Herrera v. Brigham Resources, Inc.*, No. 2:17-CV-309 (Doc. 33) at p. 10 (S.D. Tex. Corpus Christi) ("Given each attorney's experience and the cited caselaw, the Court determines that the following hourly rates are reasonable for each attorney: . . . $425 for Dunlap . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.52 difference).[14] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2021, that $425.00 hourly rate for Mr. Dunlap is $431.52.

* **Matt Heller (class of '16):** Mr. Heller works in Austin. His practice areas include labor and employment. On June 26, 2019, in a Houston employment

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=375

[14] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=425

discrimination case and ERISA benefits case, Judge Kenneth M. Hoyt determined the fees Mr. Heller's firm sought for his work on the ERISA claims were reasonable. *See Gonzales v. ConocoPhillips Co.*, No. 4:17-cv-2374 (Doc. 108) (S.D. Tex. Houston) (ruling fee requested in Doc. 94 reasonable: "The Court is of the opinion that the fees and costs sought are reasonable."). Those fees actually billed to a client included Mr. Heller's rate of $400.00 per hour on an invoice dated September 27, 2018, for work such as "Draft letter to opposing counsel regarding supplementation of deficient discovery responses for Fazila Issa" and "Research." *See id.* (Doc. 94-3) at pp. 25, 27, 29. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018 (a $14.55 difference).[15] So, adjusted *only* for such inflation from the year of this billing (2018) to the end of 2021, that $400.00 hourly rate for Mr. Heller is $414.55.

* Evan D. Lewis (class of '19): Mr. Lewis works in Houston. His online biography states that he "is a litigator who focuses his practice on intellectual property and complex commercial litigation." In 2020, his firm billed his time at the "[d]iscounted rate" of $405.00 per hour in a Houston employment disability discrimination and retaliation case. *See Badaiki v. Cameron Int'l Corp.*, No. 4:19-cv-00371 (Doc. 119-1) at p. 4, ¶16 (S.D. Tex. Houston) (Declaration of James H. Nye: "Under its fee arrangement with Cameron, Winston & Strawn LLP charged significantly discounted rates for the Winston & Strawn LLP attorneys who worked on this matter as shown in Table 2 below. These discounted rates were negotiated with Cameron, representing rates that are typically materially less than those charged to and paid by the firm's civil litigation clients for similar matters. . . . Table 2 . . . Evan Lewis . . . Discounted rate 2020 . . . $405.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.22 difference).[16] So, adjusted *only* for such inflation from the year of this billing (2020) to the end of 2021, that $405.00 hourly rate for Mr. Lewis is $411.22.

* Lindsay Itkin (class of '10): Ms. Itkin works in Houston. Her online biography states that she "handles cases involving wage and hour violations on an individual and class action basis in order to recover unpaid wages and benefits for employees whose employers have failed to pay them in accordance with state and federal law." On March 18, 2020, Judge Hilda Tagle determined that $400.00 per hour was reasonable for her work in a Corpus Christi FLSA case. *See Herrera v. Brigham Resources, Inc.*, No. 2:17-CV-309 (Doc. 33) at pp. 10–11

---

[15] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=400

[16] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=405

(S.D. Tex. Corpus Christi) ("Given each attorney's experience and the cited caselaw, the Court determines that the following hourly rates are reasonable for each attorney: . . . $400 for Itkin . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.14 difference).[17] So, adjusted *only* for such inflation from the year of this court ruling (2020) to the end of 2021, that $400.00 hourly rate for Ms. Itkin is $406.14.

* **Lauren Braddy (class of '10):** Ms. Braddy works in Corpus Christi. Her online biography states that she "focuse[s] her practice on wage and hour litigation under the Fair Labor Standards Act, representing clients in collective and class actions across the United States." On January 27, 2020, Judge Nelva Gonzales Ramos found that $400.00 per hour was a reasonable rate for Ms. Braddy's work in a Corpus Christi FLSA case. *See Vela v. M&G USA Corp.*, No. 2:17-cv-13 (Doc. 66) at pp. 7–8 (S.D. Tex. Corpus Christi) ("Plaintiff's request for attorneys' fees is based on the work of . . . Lauren Braddy (18 hours at $400 per hour); . . . Plaintiff requests hourly rates ranging from $400 to $500 for the three attorneys working on this case. The Court finds these are reasonable rates."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.14 difference).[18] So, adjusted *only* for such inflation from the year of this court finding (2020) to the end of 2021, that $400.00 hourly rate for Ms. Braddy is $406.14.

* **Alysson Ford Ouoba (class of '11):** Ms. Ouoba works in Washington, D.C. Her online biography states that she previously worked in the human rights practice group of a law firm. On November 30, 2017, Judge Keith P. Ellison determined Ms. Ouoba's requested rate of $375.00 was "fair and reasonable" for work she did in a Houston human trafficking [i.e., forced labor] case. *See Adhikari v. Daoud & Partners*, No. 4:09-CV-1237 (Doc. 764) at pp. 28–29 (S.D. Tex. Houston) ("The requested rates, in descending order, are as follows: $910 for Sellers; $790 for Webber; $745 for Fryszman and Vandenberg; $375 for the fellows, Saunders and Ouoba; and $280 for the paralegals and law clerks, McKeon, Krause, and Lam. . . . The requested rates are fair and reasonable here too."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a

---

[17] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=400

[18] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=400

$30.30 difference).[19] So, adjusted *only* for such inflation from the year of this court ruling (2017) to the end of 2021, that $375.00 hourly rate for Ms. Ouoba is $405.30.

\* **Britney J. P. Prince (class of '15):** Ms. Prince works in Irving. Her online biography notes that she works in-house for a company but previously a firm. And her "practice includes involvement in federal and state administrative actions and investigations with agencies such as the Equal Employment Opportunity Commission ("EEOC"), the Texas Workforce Commission ("TWC"), the US Department of Labor, and both federal and state court actions." On February 2, 2017, Judge Elaine Palmer awarded fees for work Ms. Prince did in a Houston employment discrimination case—traveling to Houston over a discovery dispute. *See Hunter v. TPC Group, LLC*, 2016-16617 (215th Judicial District Court for Harris County, Texas) (Order Denying Plaintiff's Motion to Compel). In a January 31, 2017, request for fees, her firm noted her rate for work in that case: "Defendants' counsel, Britney Prince's (associate) billing rate is $370 per hour, and she has spent approximately 12.0 hours in conducting legal research, drafting a Response to Plaintiff's Motion, and preparing for the hearing on the Motion, totaling $4,440." *See id.* (Defendants' Supplement to their Response to Plaintiff's Motion to Compel and for In Camera Inspection). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a $29.90 difference).[20] So, adjusted *only* for such inflation from the year of this court ruling (2017) to the end of 2021, that $370.00 hourly rate for Ms. Prince is $399.90.

\* **Michael J. Woodson (class of '12):** Mr. Woodson works in Austin. His online biography states that he "advises clients on complex commercial litigation matters, with an emphasis on enforcement and all aspects of labor and employment issues." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, his law firm noted that his standard rate per hour was $345.00—though there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney Fees and Expenses: "Michael Woodson . . . STANDARD RATE PER HOUR . . . 345"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $54.19 difference).[21] So, adjusted *only* for such inflation from the year of this billing (2014) to the end of 2021, that $345.00 hourly rate for Mr. Woodson is $399.19.

---

[19] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=375

[20] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=370

[21] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=345

\* **E. Steve Smith (class of '15):** Mr. Smith works in Dallas. His online biography states that he has "experience representing clients in a wide variety of complex commercial litigation." His law firm billed $380.00 per hour for his work in 2019 on a Houston employment commissions case. *See Trippie v. Workplace Solutions Inc.*, No. 201984986 (281st Judicial District Court for Harris County, Texas) (Defendant's Trial Exhibit 17, Bates Stamp No. WPS000948, for trial held April 1, 2021, Invoice 1/23/20 for work in 2019: "E. Steve Smith . . . Rate . . . 380.00 / hr"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $10.03 difference).[22] So, adjusted *only* for such inflation from the year of this billing to the end of 2021, that $380.00 hourly rate for Mr. Smith is $390.03.

\* **Angeles Garcia Cassin (class of '13):** Ms. Cassin works in Houston. Her online biography states that she "focuses her practice on commercial litigation and labor and employment matters." On August 5, 2015, in a Corpus Christi employment discrimination and retaliation case, her law firm noted that her standard rate per hour was $325.00—though there was a lower negotiated effective rate per hour in that case. *See Arredondo v. Weatherford Int'l, LLC*, No. 2:14-cv-00170 (Doc. 89) at p. 1 (S.D. Tex. Corpus Christi) (Summary of Attorney Fees and Expenses: "Angeles Garcia . . . STANDARD RATE PER HOUR . . . 325"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $51.05 difference).[23] So, adjusted *only* for such inflation from the year of this stated rate (2015) to the end of 2021, that $325.00 hourly rate for Mr. Cassin is $376.05.

\* **Amanda E. Brown (class of '13):** Ms. Brown works in Dallas. Her online biography notes that she "represents employers in litigation, arbitration, and administrative agency actions concerning both federal and state labor and employment laws, . . . ." In 2017, her firm billed at the rate of $345.00 per hour for her work in a Houston employment discrimination case. *See Lyde v. The Boeing Co.*, No. 4:16-cv-3293 (Doc. 16-4) at p. 2 (S.D. Tex. Houston) (Affidavit of Ann Marie Arcadi dated August 2, 2017: "Ms. Brown was licensed in 2013 and is a member in good standing of the State Bar of Texas. Her practice also focuses on complex and single-plaintiff litigation and labor and employment matters. Ms.

---

[22] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=380

[23] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=325

Brown also performed various legal work on this matter, and her billing rate was $345.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a $28.88 difference).[24] So, adjusted *only* for such inflation from the year of this testimony (2017) to the end of 2021, that $345.00 hourly rate for Ms. Brown is $372.88.

\* Samantha D. Seaton (class of '13): Ms. Seaton works in Houston. Her State Bar of Texas online profile notes that labor-employment is one of her practice areas. On October 18, 2016, in a Houston state-court wage case, Ms. Seaton's firm sought an award of attorneys' fees her client incurred for her work. *See* Request for Entry of Attorneys' Fees, filed in *Garrett v. Prologistix Corp. NW PLX*, No. 1076687 (Harris County Court at Law No. 2). In support of that request, there is testimony representing that her client incurred fees for her work at an hourly rate of $320.00. *See id.* at Exhibit A, Affidavit of Carolyn A. Russell (dated October 18, 2016) ¶ 3 ("Ms. Seaton also represents the Defendant in the above-styled case, and her hourly rate is $320.00"). The court granted fees but in a lower overall amount than that requested. *See id.* Judgment (dated July 11, 2017). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $38.18 difference).[25] So, adjusted *only* for such inflation from the year of this billing (2016) to the end of 2021, that $320.00 hourly rate for Ms. Seaton is $358.18.

\* Caitlin Boehne (class of '12): Ms. Boehne works in Austin. Her online biography notes that she litigates unpaid wage claims for low-income workers. On September 24, 2019, Judge Nancy F. Atlas found that $345.00 per hour was a reasonable hourly rate for Ms. Boehne's work in a Houston FLSA case. *See Chavez v. Shahini Corp.*, No. 4:19-cv-02324 (Doc. 9) at pp. 1–2, ¶ 9 (S.D. Tex. Houston) ("The court finds that the following hourly rates requested by Plaintiff are reasonable based on the market rates in the community for legal services on employment cases such as this . . . Caitlin Boehne, Attorney licensed 2012: $345/hour"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $9.11 difference).[26] So, adjusted *only* for such

---

[24] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=345

[25] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=320

[26] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=345

inflation from the year of this court finding (2019) to the end of 2021, that $320.00 hourly rate for Ms. Boehne is $354.11.

* Jay Forester (class of '13): Mr. Forester works in Dallas. His State Bar of Texas profile includes "Labor-Employment" among his practice areas. On October 21, 2015, Judge David Hittner granted his former firm fees in a Houston FLSA case. *See Gingrass v. TMG (The Moore Group, Inc.),* No. 4:15-cv-00837 (Doc. 18) at p. 1 (S.D. Tex. Houston) ("The Court finds that Plaintiff has established by declaration that he and his counsel are entitled to recover from Defendant attorney's fees and costs of $7,258.95, which the Court finds to be a reasonable amount."). Judge Hittner's ruling was premised, in part, on a rate of $295.00 per hour for Mr. Forester's work in that Houston FLSA case. *See id.* (Doc. 13-2) at p. 3, ¶ 11 (Declaration of Jesse H. Forester dated September 21, 2015: "The firm's lodestar (hours x hourly rates) on the hours expended on this matter, amounts to $6,658.95 (J. Forester with 13.50 hours x $295 = $3,982.50; J. Derek Braziel with 3.00 hours x $495 = $1,485.00; and Chief Paralegal Josey Gonzales with 6.11 hours x $195 = $1,191.45). The firm also has an additional $600.00 in costs in this matter for a total amount in fees and costs of $7,258.95."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $46.34 difference).[27] So, adjusted *only* for such inflation from the year of Judge Hittner's ruling (2015) to the end of 2021, that $295.00 hourly rate for Mr. Forester is $341.34.

* Brenna R. Lermon (class of '14): Ms. Lermon works in Houston. Her online biography states that she "regularly represents employers in responding to government agency investigations. A substantial portion of her practice consists of giving employers day-to-day operations advice and drafting employment contracts, handbooks and other policies." On June 30, 2016, Ms. Lermon's firm sought sanctions in a Houston FLSA case after alleging a plaintiff failed to show for a deposition—and testified that her client incurred fees at her hourly rate of $300.00. *See Edwards v. 4JLJ, LLC,* No. 2:15-cv-00299 (Doc. 70-10) at p. 4 (S.D. Tex. Houston) (Affidavit of Brenna L[ermon] Hill: "Task . . . Preparation and Attendance of Deposition . . . Rate . . . $300.00 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $35.79 difference).[28] So, adjusted *only* for such inflation from the year of this billing (2016) to the end of 2021, that $300.00 hourly rate for Ms. Lermon is $335.79.

---

[27] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=295

[28] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=300

* **Genevieve Estrada (class of '13):** Ms. Estrada works in Houston. Her State Bar of Texas profile notes that "Labor-Employment" is one of her two practice areas. On January 26, 2016, Magistrate Judge George Hanks found $300.00 per hour to be a reasonable rate for Ms. Estrada's work in a Houston FLSA case. *See Rouse v. Target Corp.*, 181 F. Supp. 3d 379, 385, No. 3:15-cv-48 (Doc. 33) (S.D. Tex. Galveston) ("[T]he Court finds that $300 per hour is a reasonable hourly rate for an attorney of Estrada's skills and expertise in the Southern District."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $35.79 difference).[29] So, adjusted *only* for such inflation from the year of this billing (2016) to the end of 2021, that $300.00 hourly rate for Ms. Estrada is $335.79.

* **Michael Adams-Hurta (class of '15):** Mr. Adams-Hurta works in Houston. He is an appellate attorney. On September 13, 2019, Judge Nancy F. Atlas awarded Mr. Adams-Hurta's prior firm a requested rate of $325.00 per hour for his work in a Houston False Claims Act employment retaliation case. *See Miniex v. Houston Housing Auth.*, No. 4:17-cv-00624 (Doc. 277) at p. 8 (S.D. Tex. Houston) ("The Court concludes Bivens's ($600), Mery's ($450), Hurta's ($325), and Thornton's ($375) requested rates are reasonable for this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (an $8.58 difference).[30] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2021, that $325.00 hourly rate for Mr. Adams-Hurta is $333.58.

* **Vijay Pattisapu (class of '11):** Mr. Pattisapu works in Houston. His online biography states that he is an "[e]xperienced trial advocate in employment law and business dispute matters." On August 16, 2018, Judge Hilda Tagle found that $300.00 was an appropriate hourly billing rate for Mr. Pattisapu's work in a Corpus Christi FLSA case. *See Salas v. Warrior Energy Servs. Corp.*, No. 2:15-cv-00374 (Doc. 35) at p. 8 (S.D. Tex. Corpus Christi) ("The Court . . . (2) FINDS that $425 and $300 are the appropriate hourly billing rates for Buenker and Pattisapu, respectively, . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018 (a $10.91 difference).[31] So,

---

[29] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=300

[30] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=325

[31] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=300

adjusted *only* for such inflation from the year of this court ruling (2018) to the end of 2021, that $300.00 hourly rate for Mr. Pattisapu is $310.91.

* **Dorian Vandenberg-Rodes (class of '13):** Ms. Vandenberg-Rodes works in Houston. Her online biography states that she "practices employment law exclusively." On August 22, 2019, Judge Nancy F. Atlas determined $300.00 was a reasonable hourly rate for Ms. Vandenberg-Rodes's work in a Houston employment discrimination case. *See Rebollar v. Ortega Medical Clinic, P.L.L.C.*, No. 4:18-cv-0846 (Doc. 33) at p. 5 (S.D. Tex. Houston) ("Rebollar asserts that Slobin's reasonable rate for employment-related cases is $500 per hour and Vandenberg-Rodes's is $300. Defendants do not challenge these rates. The Court agrees these rates are reasonable in light of the attorneys' experience and knowledge of employment law. Accordingly, the Court will award Rebollar attorney fees at her counsel's requested rates."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (an $7.92 difference).[32] So, adjusted *only* for such inflation from the year of this court ruling (2019) to the end of 2021, that $300.00 hourly rate for Ms. Vandenberg-Rodes is $307.92.

* **Ben Michael (class of '13):** Mr. Michael works in Austin. On January 27, 2016, his prior firm applied for fees in a Houston FLSA case. *See Willis v. Full Service Const. Inc.*, No. 4:11-cv-1673 (Doc. 71) at p. 3, ¶ 9 (S.D. Tex. Houston) (Plaintiffs' Application for Award of Attorney's Fees, Costs and Expenses: "The reasonable fee that Plaintiffs request is the lodestar amount, $91,825.00. This is based on an hourly rate of . . . $250.00 for Benjamin Michael ('Michael')".). On February 26, 2016, Judge Kenneth Hoyt granted the full amount of these requested fees, which included this rate of $250.00 per hour for Mr. Michael's work in that Houston FLSA case. *See id.* (Doc. 76) at p. 1 ("It is, therefore, ORDERED, ADJUDGED, AND DECREED that the plaintiffs are awarded $91,825.00 in attorney's fees[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $29.82 difference).[33] So, adjusted *only* for such inflation from the year of this court ruling (2016) to the end of 2021, that $250.00 hourly rate for Mr. Michael is $279.82.

---

[32] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=300

[33] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=250



East Texas



EDTX† summary of rates listed: high to low

# $1,149.09 to $253.84

| Rate | Name / JD Year | Rate | Name / JD Year |
|---|---|---|---|
| $1,149.09* | Alan J. Robin (JD 1975) | $503.68* | Joseph L. Lanza (JD 1992) |
| $908.54* | Douglas E. Hamel (JD 1976) | $481.91* | Rebecca Predovan (JD 2009) |
| $908.54* | W. Carl Jordan (JD 1974) | $462.83* | John Werner (JD 1993) |
| $841.24* | Gwen J. Samora (JD 1992) | $456.91* | Jim Sanford (JD 2005) |
| $835.00* | Carrie B. Hoffman (JD 1993) | $450.91* | Michelle Mahony (JD 1997) |
| $672.99* | Vanessa Griffith (JD 1994) | $447.72* | Seth Grove (JD 2009) |
| $659.98* | Laura Reasons (JD 2007) | $440.00* | Brooke Bahlinger (JD 2019) |
| $657.95* | Gabrielle Wirth (JD 1982) | $434.06* | Marina Lyons (JD 2013) |
| $639.34* | Tara Porterfield (JD 1996) | $433.90* | Corinna Chandler (JD 2009) |
| $639.34* | Christopher V. Bacon (JD 1990) | $433.90* | Julia C. Hatcher (JD 1997) |
| $621.82* | Marc S. Hepworth (JD 1998) | $411.22* | Christopher Willett (JD 2009) |
| $621.82* | Gregg I. Shavitz (JD 1994) | $404.98* | Mark Frasher (JD 1996) |
| $621.82* | David A. Roth (JD 1991) | $391.75* | David Bergen (JD 2015) |
| $621.82* | Charles Gershbaum (JD 1990) | $391.75* | Olivia C. Mallary (JD 2015) |
| $598.55* | Aaron Goldstein (JD 2003) | $380.76* | Shana Khader (JD 2011) |
| $595.00* | Andrew S. Golub (JD 1991) | $376.88* | Corey E. Devine (JD 2006) |
| $570.00* | Alan Quiles (JD 1995) | $362.73* | Timothy D. Craig (JD 2003) |
| $570.00* | Christine M. Duignan (JD 1991) | $342.00* | Janine Kapp (JD 2015) |
| $549.61* | Trey Branham (JD 1999) | $342.00* | Logan A. Pardell (JD 2015) |
| $538.91* | Camar R. Jones (JD 2003) | $342.00* | Joshua Cittadino (JD 2014) |
| $538.39* | Tim Garrigan (JD 1983) | $329.99* | Stephanie Gharakhanian (JD 2013) |
| $518.18* | Paolo Meireles (JD 2010) | $305.73* | Megan Dixon (JD 2012) |
| $513.00* | Robert G. "Bobby" Lee (JD 1993) | $274.14* | Reema Ali (JD 2018) |
| $503.68* | Charles Vethan (JD 1994) | $253.84* | Sean Goldhammer (JD 2016) |

† Courts note the relevant community for fees is district-wide—not by city or division. *See, e.g., Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5ᵗʰ Cir. 2010); *Treadway v. Otero*, No. 2:19-CV-244 [Doc. 157] at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and concluding: "When it comes to parsing between divisions, it appears that it is the district, rather than the division, that should govern the decision.").



**Classes of the 1970s:**
**The Rates**



**$1,144.09\***
Alan J. Robin
(JD 1975)

**$908.54\***
Douglas E. Hamel
(JD 1976)





**$908.54\***
W. Carl Jordan
(JD 1974)

# *Classes of the 1970s: The Work*



\* **Alan J. Robin (class of '75):** Mr. Robin's online biography notes that he represents clients with employee benefits issues. Although he works in Houston, he billed for work in a Lufkin race discrimination in employment case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 41 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon dated January 15, 2009: "Current Rate if Still Employed . . . Robin, Alan . . . $850"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $294.09 difference).[1] Adjusted *only* for such inflation from the year of this testimony (2009) to the end of 2021, that $850.00 hourly rate for Mr. Robin is $1,144.09.

\* **Douglas E. Hamel (class of '76):** Mr. Hamel's online biography notes his practice area is labor and employment law. Although he works in Houston, he billed for work in a Lufkin race discrimination in employment case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at p. 38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon dated January 15, 2009: "Last Rate Billed On This Case . . . Hamel, Douglas . . . $675"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $233.54 difference).[2] Adjusted *only* for such inflation from the year of this testimony (2009) to the end of 2021, that $675.00 hourly rate for Mr. Hamel is $908.54.

\* **W. Carl Jordan (class of '74):** Mr. Jordan works in Houston. An online biography notes that "for approximately 40 years, he practiced in the field of employment and labor law . . ." He billed for work in a Lufkin race discrimination in employment case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 41 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon dated January 15, 2009: "Current Rate" . . . Jordan, Carl . . . $675").

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=850

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=675

According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $233.54 difference).[3] Adjusted *only* for such inflation from the year of this testimony (2009) to the end of 2021, that $675.00 hourly rate for Mr. Jordan is $908.54.

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=675



## Classes of the 1980s:
## The Rates



Gabrielle Wirth (JD 1982)

**$657.95***

Tim Garrigan (JD 1983)

**$538.39***



## Classes of the 1980s: The Work



**\* Gabrielle Wirth (class of '82):** Ms. Wirth's online biography notes she has "successful trial experience in a broad range of employment disputes including wage and hour, whistleblower, wrongful termination, discrimination, harassment, retaliation, breach of contract, and trade secret/noncompetition cases . . . . She also represents employers before a wide variety of state and federal agencies including the EEOC, OFCCP, state human rights agencies, the Labor Commission, the Employment Development Department and OSHA." Although she is based in California, she billed for employment law work she did in an Eastern District of Texas bankruptcy case. *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, pp. 46, 47 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020) (for work such as "Conferences with J Pleitz regarding composition of individuals subject to RIF (.4); review memos regarding remote employees (.6); review revised list (.3); research state WARN act or other notice for layoff requirements (.5)" and "Revise WARN Act template and notice to agencies (.3); review updated list and complete research on requirements of other states (.7) meet with J. Pleitz regarding editing exhibit with positions for inclusion to notice to state officials (.3); respond to question regarding reserving right to claim WARN did not apply, review regulations and edit language for same (.2); meet with J. Pleitz, review new emails and finalize notices (.2)"). For that work, the "Stated Rate" was $720.00 per hour—though her firm applied a 10% discount to $648.00 per hour and that was the charge for work done in 2019. *See id.* On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id.* (Doc. 386). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $9.95 difference).[1] Adjusted *only* for such inflation from the year of Judge Rhoades's approval (2020) to the end of 2021, that $648.00 hourly rate for Ms. Wirth is $657.95.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=648

\* **Tim Garrigan (class of '83):** Mr. Garrigan works in Nacogdoches. His practice areas include a focus on labor and employment law work. On April 2, 2009, Judge Ron Clark awarded a rate of $400.00 per hour for Mr. Garrigan's work in a Lufkin race discrimination in employment case. *See McClain v. Lufkin Indus., Inc.*, No. 9:97-cv-063 (Doc. 621) at pp. 12–13 (E.D. Tex. Lufkin) (citing evidence and concluding: "The court will therefore apply a $400/hr rate for the work performed by Mr. Garrigan"). The Fifth Circuit affirmed the fee award but reversed with instructions for the district court to consider the higher home rates of the out-of-state attorneys who worked on the case in East Texas in setting recovery of their fees. *See McClain v. Lufkin Indus., Inc.*, 649 F.3d 374, 387 (5th Cir. 2011) ("As a result, the trial court erred in failing to calculate the initial lodestar using the rates Goldstein Demchak attorneys typically charge in their own home district. The court, on remand, must reconsider the fee award using those rates as a starting point."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $138.39 difference).[2] Adjusted *only* for such inflation from the date of Judge Clark's ruling (2009) to the end of 2021, that $400.00 hourly rate for Mr. Garrigan is $538.39.

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=400

## Classes of the 1990s



# 20

**lawyers listed**

# $583.64

**average rate**

# $582.50

**median rate**

## Classes of the 1990s: The Rates


**$841.24***
Gwen J. Samora
(JD 1992)


**$835.00***
Carrie B. Hoffman
(JD 1993)


**$672.99***
Vanessa Griffith
(JD 1994)


**$639.34***
Tara Porterfield
(JD 1996)


**$639.34***
Christopher V. Bacon
(JD 1990)


**$621.82***
Marc S. Hepworth
(JD 1998)


**$621.82***
Gregg I. Shavitz
(JD 1994)


**$621.82***
David A. Roth
(JD 1991)


**$621.82***
Charles Gershbaum
(JD 1990)


**$595.00***
Andrew S. Golub
(JD 1991)


**$570.00***
Alan Quiles
(JD 1995)


**$570.00***
Christine M. Duignan
(JD 1991)


**$549.61***
Trey Branham
(JD 1999)


**$513.00***
Robert G. "Bobby" Lee
(JD 1993)


**$503.68***
Charles Vethan
(JD 1994)


**$503.68***
Joseph L. Lanza
(JD 1992)


**$462.83***
John Werner
(JD 1993)


**$450.91***
Michelle Mahony
(JD 1997)


**$433.90***
Julia C. Hatcher
(JD 1997)


**$404.98***
Mark Frasher
(JD 1996)

## Classes of the 1990s: The Work



\* **Gwen J. Samora (class of '92):** Ms. Samora works in Houston. Her online biography notes that she is an appellate specialist. In or before 2009, she worked on a Lufkin employment race discrimination case and her hourly rate for that work was $625.00. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at p. 38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Samora, Gwen . . . Last Rate Billed On This Case . . . $625"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $216.24 difference).[1] Adjusted *only* for such inflation from the year of that billed rate (2009) to the end of 2021, that $625.00 hourly rate for Ms. Samora is $841.24.

\* **Carrie B. Hoffman (class of '93):** Ms. Hoffman works in Dallas. Her online biography states that she "represents and counsels major employers nationwide in all areas of labor and employment law across a wide range of industries including retail and hospitality." In a Sherman bankruptcy case, her law firm has her hourly rate listed as $835.00 for employment law work in 2021 such as, "Review employment agreement; prepare email regarding same." *See In re: Spherature Investments LLC*, No. 20-42492 (Doc. 760) & (Doc, 760-3) at p. 1 & (760-8) at p. 128 (E.D. Tex. Bankr. Sherman) (Summary of Second Interim and Final Application of Foley & Lardner LLP, as Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 21, 2020 through November 12, 2021) ("Carrie B. Hoffman . . . Department Group, or Section . . . Labor & Employment . . . FYE 2021 Hourly Rate . . . $835 . . ."). On January 12, 2022, Judge Brenda T. Rhoades granted the request for payment of these fees. *See id.* (Doc. 798).

\* **Vanessa Griffith (class of '94):** Ms. Griffith works in Dallas. Her online biography states that she "represents and advises employers in all aspects of employment law, including internal client investigations." She billed for work in a Lufkin race discrimination in employment case. *See McClain v. Lufkin*

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=625

*Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 41 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Under 10.00 hours . . . Griffith, Vanessa . . . Last Rate Billed . . . 390"; but that her "Current Rate" as of the date of testimony in January of 2009 was "500"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009—a $172.99 difference from that stated rate of $500.00 in 2009.[2] Adjusted *only* for such inflation from the year of that stated rate (2009) to the end of 2021, that $500.00 hourly rate for Ms. Griffith is $672.99.

* Tara Porterfield (class of '96): Ms. Porterfield works in Austin. Her online biography states that she "focuses her practice on employment litigation and counseling." She billed for work in a Lufkin employment race discrimination case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37–38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Over 10.00 hours . . . Porterfield, Tara . . . Last Rate Billed . . . 475"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009—a $164.34 difference from that billed rate of $475.00 in 2009.[3] Adjusted *only* for such inflation from the year of that billed rate for work in a Lufkin employment case (2009) to the end of 2021, that $475.00 hourly rate for Ms. Porterfield is $639.34.

* Christopher V. Bacon (class of '90): Mr. Bacon works in Houston. His online biography states that his "practice is primarily devoted to litigating employment matters on behalf of private employers." He billed for work in a Lufkin employment race discrimination case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37–38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Over 10.00 hours . . . Bacon, Chris . . . Last Rate Billed . . . 475"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009—a $164.34 difference from that billed rate of $475.00 in 2009.[4] Adjusted *only* for such inflation from the year of that billed rate for work in a Lufkin employment case (2009) to the end of 2021, that $475.00 hourly rate for Mr. Bacon is $639.34.

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=500

[3] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=475

[4] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=475

\* **Marc S. Hepworth (class of '98):** Mr. Hepworth works in New York. His online biography states that he "has been lead or co-lead counsel in cases across the country wherein employees have been denied their overtime wages." On December 20, 2018, Judge Amos Mazzant found Mr. Hepworth's $600.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "Marc Hepworth . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $21.82 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[5] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $600.00 hourly rate for Mr. Hepworth is $621.82.

\* **Gregg I. Shavitz (class of '94):** Mr. Shavitz works in Florida. His online biography states that he "helps employees, whether it be Wage and Hour cases, or Equal Pay Act Claims, or Discrimination matters." On December 20, 2018, Judge Amos Mazzant found Mr. Shavitz's $600.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "Gregg Shavitz . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $21.82 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[6] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $600.00 hourly rate for Mr. Shavitz is $621.82.

\* **David A. Roth (class of '91):** Mr. Roth works in New York. His online biography notes that he devotes about half of his practice to focusing on labor and employment law. On December 20, 2018, Judge Amos Mazzant found a $600.00 hourly rate for Mr. Roth's work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D.

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=600

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=600

Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "David Roth . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $21.82 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $600.00 hourly rate for Mr. Roth is $621.82.

\* **Charles Gershbaum (class of '90):** Mr. Gershbaum works in New York. His online biography states that he "concentrates on employment litigation, representing only the employees." On December 20, 2018, Judge Amos Mazzant found Mr. Gershbaum's $600.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $600.00 per hour: "Charles Gershbaum . . . Rate . . . $600 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $21.82 difference from that hourly rate of $600.00 Judge Mazzant found reasonable in 2018.[8] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $600.00 hourly rate for Mr. Gershbaum is $621.82.

\* **Andrew S. Golub (class of '91):** Mr. Golub works in Houston. His online biography states that "[h]is practice focuses on employment and civil rights-related counseling and litigation. On April 12, 2021, Judge Michael J. Truncale concluded that Mr. Golub's requested rate of $595.00 per hour was reasonable for work done in a Beaumont FLSA case. *See Jackson v. Mistry Hospitality LLC*, No. 1:19-CV-00422 (Doc. 49) at p. 3, PageID #: 233 (E.D. Tex. Beaumont) ("The Court also concludes that an hourly rate of $595.00 is reasonable. Mr. Golub's education, experience, and qualifications support the reasonableness of this rate.").

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=600

[8] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=600

* **Alan Quiles (class of '95):** Mr. Quiles works in Florida. His online biography states that he "focuses his practice in the area of employment law, specifically in the recovery of unpaid wages, overtime and minimum wages." On December 20, 2018, Judge Amos Mazzant found a $550.00 hourly rate for Mr. Quiles's work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $550.00 per hour: "Alan Quiles . . . Rate . . . $550 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $20.00 difference from that hourly rate of $550.00 Judge Mazzant found reasonable in 2018.[9] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $550.00 hourly rate for Mr. Quiles is $570.00.

* **Christine M. Duignan (class of '91):** Ms. Duignan works in Florida. Her online biography states that she "has devoted her practice to advocating for workers' rights." On December 20, 2018, Judge Amos Mazzant found a $550.00 hourly rate for Ms. Duignan's work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, Page ID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $550.00 per hour: "Christine Duignan . . . Rate . . . $550 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $20.00 difference from that hourly rate of $550.00 Judge Mazzant found reasonable in 2018.[10] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $550.00 hourly rate for Ms. Duignan is $570.00.

* **Trey Branham (class of '99):** Ms. Branham works in Dallas. His practice areas include labor and employment law. On August 11, 2015, Judge Amos Mazzant ruled that $475.00 per hour was a reasonable rate for Mr. Branham's work in a Sherman FLSA case. *See Grimm v. Moore, et al.*, No. 4:14-CV-329 (Doc. 34) at pp. 3–4, PageID #: 622–23 (E.D. Tex. Sherman) ("Based on a declaration submitted to the Court, the attorneys seek to be compensated at the

---

[9]  https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=550

[10]  https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=550

following hourly rate: $475 per hour for Charles Branham[.] . . . Based on their respective levels of experience, the Court finds that the hourly rates submitted in this case are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015—a $74.61 difference from that hourly rate of $475.00 Judge Mazzant found reasonable in 2015.[11] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2015) to the end of 2021, that $475.00 hourly rate for Mr. Branham is $549.61.

\* **Robert G. "Bobby" Lee (class of '93):** Mr. Lee now works in Houston but previously worked in North Texas. He is a labor and employment law specialist. On April 24, 2018, Judge Amos Mazzant ruled that Mr. Lee's request for fees was reasonable in a Sherman FLSA case. *See Cole v. Wilcox, MD PA*, No. 4:17-CV-00367 (Doc. 18) at p. 3, PageID #: 111 (E.D. Tex. Sherman) ("After reviewing Plaintiff's motion, the Court finds that Plaintiff's request is reasonable and should be granted."). That request was based on an hourly rate of $495.00 per hour for Mr. Lee's work in that Sherman FLSA case. *See id.* (Doc. 16) at p. 1, ¶ 2, PageID #: 84 (Plaintiff's Amended Application for Attorneys' Fees and Costs and Brief in Support: "The reasonable fee Plaintiff requests is $7,101.00. This is based on an hourly rate of $495.00 for Robert (Bobby) Lee[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—an $18.00 difference from that hourly rate of $495.00 Judge Mazzant found reasonable in 2018.[12] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $495.00 hourly rate for Mr. Lee is $513.00.

\* **Charles Vethan (class of '94):** Mr. Vethan works in Houston. His online biography notes that he is a civil trial specialist. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $450.00 per hour for Mr. Vethan's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Lanza and Mr. Vethan billed their time at a rate of $450 per hour, while Mr. Grove, Mr. Colvin, and Mr. Walker billed their time at a rate of $400 per hour. Mr. Singhe billed his time at $275 per hour, and Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016—an $53.68 difference from

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=475

[12] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=495

that hourly rate of $450.00 Judge Guirola found reasonable in 2016.[13] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2021, that $450.00 hourly rate for Mr. Vethan is $503.68.

## * Joseph L. Lanza (class of '92): Mr. Lanza works in San Antonio.

His online biography states that he "litigates cases ranging from the enforcement of non-competition provisions in contracts, misappropriation of trade secrets, breaches of contract and fiduciary duties, and patent and trademark infringement." On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $450.00 per hour for Mr. Lanza's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) (Judge Louis Guirola, Jr.) ("Mr. Lanza and Mr. Vethan billed their time at a rate of $450 per hour, while Mr. Grove, Mr. Colvin, and Mr. Walker billed their time at a rate of $400 per hour. Mr. Singhe billed his time at $275 per hour, and Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016—an $53.68 difference from that hourly rate of $450.00 Judge Guirola found reasonable in 2016.[14] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2021, that $450.00 hourly rate for Mr. Lanza is $503.68.

## * John Werner (class of '93): Mr. Werner works in Beaumont. His

practice areas include labor and employment law. On September 2, 2015, Judge Ron Clark awarded Mr. Werner's firm attorneys' fees in a Beaumont FLSA case— the amount Magistrate Judge Keith F. Giblin recommended on August 12, 2015. *See Rivera v. Evergreen Fabrication & Indus. Servs., Inc.*, No 1:14-cv-76 (Doc. 14) at pp. 1–2, PageID #: 237–38 (E.D. Tex. Beaumont) ("Pursuant to Judge Giblin's recommendation, the Court awards damages in the amount of $8,460.00; $3,970.00 in attorneys' fees[.] . . ."); *id.* (Doc. 13) at p. 13, PageID #: 236 ("The undersigned further recommends that the Court enter judgment in favor of the plaintiff and assess judgment against the defendant. The judgment should award the plaintiff $8,460.00 in damages, $3,970.00 in attorneys' fees . . ."). The recommendation was for the full amount of fees requested, which was calculated using an hourly rate of $400.00 for Mr. Werner's work. *See id.* (Doc. 9) at p. 6, PageID #: 57 (Plaintiff's Motion for Default Judgment: "Multiplying the total number of hours expended in this matter by the hourly rates of the undersigned counsel,

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=450

[14] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=450

Plaintiff is entitled to reasonable and necessary attorney fees in the amount of $3,970, plus taxable court costs."); *id.* (Doc. 9-1) at pp. 1–2, PageID #: 216–17 (Affidavit of Mark F. Frasher: "John Werner's hourly rate is $400, which rate is reasonable for a lawyer practicing in this community with the same or similar experience. . . . My total fees are $2,730 and John Werner's total fees are $1,240 for a total fee of $3,970."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015—a $62.83 difference from that hourly rate of $400.00 that both Judge Clark and Magistrate Judge Giblin awarded in 2015.[15] Adjusted *only* for such inflation from the year of these judges' rulings (2015) to the end of 2021, that $400.00 hourly rate for Mr. Werner is $462.83.

\*  <span style="color:red">Michelle Mahony (class of '97):</span> Ms. Mahony works in Houston. Her online biography states that "[f]or over twenty years, Michelle has counseled and defended both large and small employers in matters covering a wide range of traditional employment and wage and hour matters." In or before 2009 she worked on a Lufkin employment race discrimination case and her hourly rate for that work was $335.00. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at p. 38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Timekeepers Billing Over 10.00 hours . . . Mahoney, Mary [sic] . . . Last Rate Billed On This Case . . . $335"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009—a $115.91 difference from that billed rate of $335.00 in 2009.[16] Adjusted *only* for such inflation from the year of that stated rate (2009) to the end of 2021, that $335.00 hourly rate for Ms. Mahoney is $450.91.

\*  <span style="color:red">Julia C. Hatcher (class of '97):</span> Ms. Hatcher works in Galveston. Her online biography notes that she has a general practice that also includes litigating employment discrimination. On March 17, 2015, <span style="color:red">Judge Ron Clark</span> awarded her requested hourly rate of $375.00 for work she did in a Lufkin employment discrimination case. *See Combs v. City of Huntington, Texas*, No. 9:12-cv-00210 (Doc. 101) at pp. 5–6, Page ID #: 780–81 (E.D. Tex. Lufkin) ("Plaintiff's motion for attorney's fees requests an hourly rate for Ms. Hatcher of $375[.] . . . Defendant submitted no contravening evidence about prevailing local rates. Accordingly, given Ms. Hatcher's affidavit about her own experience and the court's observations of Ms. Hatcher's ability in trial, without intending to set any precedent, Mr. Garrigan's affidavit supports Ms. Hatcher's requested hourly fee of $375 per hour."), *vacated and remanded on other grounds*, No. 15-40436 (5th Cir. July 15,

---

[15] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=400

[16] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=335

2016). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015—a $58.90 difference from Judge Clark's award of $375.00 per hour in 2015.[17] Adjusted *only* for such inflation from the year of Judge Clark's ruling (2015) to the end of 2021, that $375.00 hourly rate for Ms. Hatcher is $433.90.

\* **Mark Frasher (class of '96):** Mr. Frasher works in Beaumont. His practice areas include labor and employment law. On September 2, 2015, Judge Ron Clark awarded Mr. Frasher's firm attorneys' fees in a Beaumont FLSA case—the amount Magistrate Judge Keith F. Giblin recommended on August 12, 2015. *See Rivera v. Evergreen Fabrication & Indus. Servs., Inc.*, No 1:14-cv-76 (Doc. 14) at pp. 1–2, PageID #: 237–38 (E.D. Tex. Beaumont) ("Pursuant to Judge Giblin's recommendation, the Court awards damages in the amount of $8,460.00; $3,970.00 in attorneys' fees . . ."); *id.* (Doc. 13) at p. 13, PageID #: 236 ("The undersigned further recommends that the Court enter judgment in favor of the plaintiff and assess judgment against the defendant. The judgment should award the plaintiff $8,460.00 in damages, $3,970.00 in attorneys' fees . . ."). The recommendation was for the full amount of fees requested, which was calculated using an hourly rate of $350.00 for Mr. Frasher's work. *See id.* (Doc. 9) at p. 6, PageID #: 57 (Plaintiff's Motion for Default Judgment: "Multiplying the total number of hours expended in this matter by the hourly rates of the undersigned counsel, Plaintiff is entitled to reasonable and necessary attorney fees in the amount of $3,970, plus taxable court costs."); *id.* (Doc. 9-1) at p. 1, PageID #: 216 (Affidavit of Mark W. Frasher: "My hourly rate in this matter is $350, which rate is reasonable for a lawyer practicing in this community with the same or similar experience. . . . My total fees are $2,730 and John Werner's total fees are $1,240 for a total fee of $3,970."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015—a $54.98 difference from that hourly rate of $350.00 that both Judge Clark and Magistrate Judge Giblin awarded in 2015.[18] Adjusted *only* for such inflation from the year of these judges' rulings (2015) to the end of 2021, that $350.00 hourly rate for Mr. Frasher is $404.98.

---

[17] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=375

[18] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=350

## *Classes of the 2000s*



**10** lawyers listed

**$476.87** average rate

**$452.32** median rate

## Classes of the 2000s:
## The Rates



**$659.98*** {highlighted}
Laura
Reasons
(JD 2007)



$447.72*
Seth
Grove
(JD 2009)



$598.55*
Aaron
Goldstein
(JD 2003)



$433.90*
Corinna
Chandler
(JD 2009)



$538.91*
Camar R.
Jones
(JD 2003)



$411.22*
Christopher
Willett
(JD 2009)



$481.91*
Rebecca
Predovan
(JD 2009)



$376.88*
Corey E.
Devine
(JD 2006)



$456.91*
Jim
Sanford
(JD 2005)



**$362.73*** {highlighted}
Timothy D.
Craig
(JD 2003)

# *Classes of the 2000s: The Work*



**\* Laura Reasons (class of '07):** Ms. Reasons works in Chicago. Her online biography states that she "focuses her practice on wage and hour class and collective actions across the country arising under the Fair Labor Standards Act and state laws." On June 16, 2020, Judge Robert W. Schroeder III ruled that Ms. Reasons's hourly rate of $650.00 per hour was reasonable for work she did in a Texarkana FLSA case. *See Waggoner v. VSE Corp.*, No. 5:18-cv-00058 (Doc. 155) at p. 14, PageID #: 2608 (E.D. Tex. Texarkana) ("The Court finds the hourly rates reported by Plaintiffs' counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community and the specific facts of this case. . . . Laura Reasons performed a large percentage of the work performed by lawyers at the rate of $650 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $9.98 difference from that hourly rate of $650.00 that Judge Schroeder found was reasonable in 2020.[1] Adjusted *only* for such inflation from the year of Judge Schroeder's finding (2020) to the end of 2021, that $650.00 hourly rate for Ms. Reasons is $659.98.

**\* Aaron Goldstein (class of '03):** Mr. Goldstein works in Seattle. His online biography states that he "advises businesses and provides litigation expertise on all employment and trade secret related matters, from non-competition agreements and data theft, to discrimination and harassment claims under Oregon, Washington, and federal law." He billed for employment law work he did in an Eastern District of Texas bankruptcy case. *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, pp. 2, 45, 46, 48 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020) (for work such as "Review correspondence from L. Kalesnik, analyze various WARN Act issue, and correspond with L. Kalesnik regarding same" and "Continue researching and analyzing federal WARN Act issues (1.4); review correspondence from B. Schmidt regarding

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=650

new facts relevant to analysis (.3); analyze proposed reduction in force in light of same (.7); draft memorandum regarding WARN Act analysis (1.3)" and "Correspond with case team multiple times regarding strategy for WARN Act and related issues (.5); confer with B. Schmidt regarding outstanding facts necessary before providing a comprehensive WARN Act analysis (.8); analyze overall strategy in light of information from case team (1.2)" and "Research WARN Act constructive discharge issues related to contemplated reduction in force (.7); correspond with case team regarding same (.3); review WARN Act resources and correspond with case team regarding same (.4)" and "Analyze and research multiple WARN Act issues related to release agreement and possible exceptions to WARN Act application"). For that work, the "Stated Rate" was $595.00 per hour—though his firm said it applied a 10% discount to arrive at "$589.50" [which is not actually a 10% discount] and that was the charge for work done in 2019. *See id.* (Doc. 364) at p. 3. On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id.* (Doc. 386). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $9.05 difference from that hourly rate of $589.50 that was a part of the fees Judge Rhoades approved in 2020.[2] Adjusted *only* for such inflation from the year of Judge Rhoades's fee award (2020) to the end of 2021, that $589.50 hourly rate for Mr. Goldstein is $598.55.

## * Camar R. Jones (class of '03): Mr. Jones works in Florida. His

online biography states that he "has extensive experience representing employees who have been the victims of overtime and minimum wage violations, as well as discrimination, harassment, wrongful termination, and retaliation." On December 20, 2018, Judge Amos Mazzant determined Mr. Jones's $520.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $520.00 per hour: "Camar Jones . . . Rate . . . $520 . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—an $18.91 difference from that hourly rate of $520.00 that Judge Mazzant found reasonable in 2018.[3] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $520.00 hourly rate for Mr. Jones is $538.91.

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=589.50

[3] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=520

**\* Rebecca Predovan (class of '09):** Ms. Predovan works in New York. Her online biography states that she "concentrates her practice in Fair Labor Standards Act (FLSA) class action lawsuits, civil litigation, employment law, federal employment and discrimination law." On December 20, 2018, Judge Amos Mazzant found Ms. Predovan's $465.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) (requesting fees and reporting lodestar rate of $465.00 per hour: "Rebecca Predovan . . . Rate . . . $465"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—an $16.91 difference from that hourly rate of $465.00 that Judge Mazzant found reasonable in 2018.[4] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $465.00 hourly rate for Ms. Predovan is $481.91.

**\* Jim Sanford (class of '05):** Mr. Sanford works in Dallas. His online biography notes he "counsels and advocates for clients in the area of labor and employment law." On January 8, 2020, Judge Amos L. Mazzant found that $450.00 per hour was a reasonable hourly rate for Mr. Sanford's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are $450/hour for James Sanford[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $6.91 difference from that hourly rate of $450.00 that Judge Mazzant found reasonable in 2020.[5] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2021, that $450.00 hourly rate for Mr. Sanford is $456.91.

**\* Seth Grove (class of '09):** Mr. Grove works in San Antonio. His online biography notes that his practice areas include Fair Labor Standards Act claims. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $400.00 per hour for Mr. Grove's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Lanza and Mr. Vethan billed their time at a rate of $450 per hour, while Mr. Grove, Mr. Colvin, and Mr. Walker billed their time at a rate of

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=465

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=450

$400 per hour. Mr. Singhe billed his time at $275 per hour, and Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016—a $47.72 difference from that hourly rate of $400.00 Judge Guirola found reasonable in 2016.[6] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2021, that $400.00 hourly rate for Mr. Grove is $447.72.

* Corinna Chandler (class of '09): Ms. Chandler works in Dallas and she focuses her practice on employment law. On August 11, 2015, Judge Amos Mazzant ruled that $375.00 per hour was a reasonable rate for Ms. Chandler's work in a Sherman FLSA case. *See Grimm v. Moore, et al.*, No. 4:14-CV-329 (Doc. 34) at p. 3–4, PageID #: 622–23 (E.D. Tex. Sherman) ("Based on a declaration submitted to the Court, the attorneys seek to be compensated at the following hourly rate . . . $375 per hour for Corinna Chandler. . . . Based on their respective levels of experience, the Court finds that the hourly rates submitted in this case are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015—a $58.90 difference from that hourly rate of $375.00 Judge Mazzant found reasonable in 2015.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2015) to the end of 2021, that $375.00 hourly rate for Ms. Chandler is $433.90.

* Christopher Willett (class of '09): Mr. Willett works in Austin. On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Mr. Willett did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Mr. Willett's hourly rate of $405.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees [Dkt. #82] is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 [Dkt. 82-1 at 3]. Ms. Khader's hourly rate is

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=400

[7] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=375

$375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $6.22 difference from that hourly rate of $405.00 that these judges found was reasonable in 2020.[8] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2021, that $405.00 hourly rate for Mr. Willett is $411.22.

* **Corey E. Devine (class of '06):** Mr. Devine works in Houston. His online biography states that he "focuses his practice on traditional employment, wage and hour, and unfair competition disputes and counseling, especially for clients in the energy industry." He billed for work in a Lufkin employment race discrimination case. *See McClain v. Lufkin Industries*, No. 9:97-CV-063 (Doc. 599-5) at pp. 37, 38 (E.D. Tex. Lufkin) (Amended Declaration of Christopher V. Bacon, filed on January 20, 2009: "Time Keepers Billing Over 10.00 hours . . . Devine, Corey . . . Last Rate Billed . . . 210" but that his "Current Rate" as of the date of testimony in January of 2009 was "280"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009—a $96.88 difference from the year of that "current rate."[9] Adjusted *only* for such inflation from the year of that testified "current rate" (2020) to the end of 2021, that $280.00 hourly rate for Mr. Devine is $376.88.

* **Timothy D. Craig (class of '03):** Mr. Craig works in Nacogdoches. His practice areas include labor and employment law. On February 20, 2018, Magistrate Judge Roy S. Payne found that Mr. Craig was worthy of the $350.00 per hour rate requested for work in a Marshall employment discrimination and retaliation case. *See Fisher v. Lufkin Indus., Inc.*, No. 2:12-CV-423 (Doc. 127) at p. 4, PageID #: 2053 (E.D. Tex. Marshall) ("The Court is not as familiar with Mr. Craig, but finds his work in this case worthy of the $350 hourly rate requested."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $12.73 difference from the year of Magistrate Judge Payne's finding.[10] Adjusted *only* for such inflation from the year of Magistrate Judge Payne's finding (2018) to the end of 2021, that $350.00 hourly rate for Mr. Craig is $362.73.

---

[8]  https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=405

[9]  https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=280

[10]  https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=350

## Classes of the 2010s



**13** lawyers listed

**$365.09**

average rate

**$342.00**

median rate



## Classes of the 2010s: The Rates


**$518.18***
Paolo Meireles (JD 2010)


$342.00*
Logan A. Pardell (JD 2015)


$440.00*
Brooke Bahlinger (JD 2019)


$342.00*
Joshua Cittadino (JD 2014)


$434.06*
Marina Lyons (JD 2013)


$329.99*
Stephanie Gharakhanian (JD 2013)


$391.75*
David Bergen (JD 2015)


$305.73*
Megan Dixon (JD 2012)


$391.75*
Olivia C. Mallary (JD 2015)


$274.14*
Reema Ali (JD 2018)


$380.76*
Shana Khader (JD 2011)


**$253.84***
Sean Goldhammer (JD 2016)


$342.00*
Janine Kapp (JD 2015)

## Classes of the 2010s: The Work



\* **Paolo Meireles (class of '10):** Mr. Meireles works in Florida. His online biography states that his "practice focuses on class and collective action cases seeking unpaid wages on behalf of current and former employees nationwide." On December 20, 2018, Judge Amos Mazzant found Mr. Meireles's $500.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $500.00 per hour: "Paolo Meireles . . . Rate . . . $500"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—an $18.18 difference from that hourly rate of $500.00 Judge Mazzant found reasonable in 2018.[1] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $500.00 hourly rate for Mr. Meireles is $518.18.

\* **Brooke Bahlinger (class of '19):** Ms. Bahlinger works in Dallas. Her online biography states that she "is a labor and employment lawyer . . ." In a Sherman bankruptcy case, her law firm has her hourly rate listed as $440.00 for employment law work in 2021 such as, "Consult with team and B. Smith regarding noncompete and consideration issues; research and analyze case law regarding non-compete consideration and severance; analyze authentication issue with affidavit." *See In re: Spherature Investments LLC*, No. 20-42492 (Doc. 760) at p.1 & (760-3) at p. 1 & (Doc. 760-8) at p. 117 (E.D. Tex. Bankr. Sherman) (Summary of Second Interim and Final Application of Foley & Lardner LLP, as Counsel to the Debtors, for Allowance of Compensation and Reimbursement of Expenses for Services Rendered During the Period from December 21, 2020 through November 12, 2021) ("Brooke C. Bahlinger . . . FYE 2021 Hourly Rate . . . $440 . . ."). On January 12, 2022, Judge Brenda T. Rhoades granted the request for payment of these fees. *See id.* (Doc. 798).

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=500

\* **Marina Lyons (class of '13):** Ms. Lyons works in Seattle. Her online biography states that she "has extensive experience litigating employment issues and has advised clients concerning wage and hour disputes, discrimination, breach of contract, non-compete claims, investigations by governmental agencies, and drafting employment handbooks and policies." She billed for employment law work she did in an Eastern District of Texas bankruptcy case. *See In re: Nuvectra Corp.*, No. 19-43090 (Doc. 364) at p. 3, (Doc. 364-3) at Exhibit C, p. 1, and (Doc. 364-6) at Exhibit F, p. 46 (Bankr. E.D. Tex. Sherman) (Summary of Final Fee Application of Dorsey & Whitney LLP for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Debtor and Debtor in Possession for the Period November 12, 2019 through June 2, 2020) (for work including "Further research and analyze the way in which courts determine the location of the site of employment for purposes of telecommuting employees under the Worker Adjustment and Retraining Notification Act"). For that work, the "Stated Rate" was $475.00 per hour—though her firm applied a 10% discount yielding $427.50 per hour, and that was the charge for work done in 2019. *See id*. On August 12, 2020, Judge Brenda T. Rhoades approved the request for fees. *See id*. (Doc. 386). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.56 difference).[2] Adjusted *only* for such inflation from the year of Judge Rhoades's approval (2020) to the end of 2021, that $427.50 hourly rate for Ms. Lyons is $434.06.

\* **David Bergen (class of '15):** Mr. Bergen works in Houston. His online biography notes that he represents injured plaintiffs. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $350.00 per hour for Mr. Bergen's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Bergen, Mr. Peterson, and Ms. Mallary billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016—a $41.75 difference from that hourly rate of $350.00 Judge Guirola found reasonable in 2016.[3] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2021, that $350.00 hourly rate for Mr. Bergen is $391.75.

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=427.50

[3] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=350

\* Olivia C. Mallary (class of '15): Ms. Mallary works in Louisiana. Her online biography notes that her practice areas include employment law. On October 13, 2016, Judge Louis Guirola, Jr., approved a rate of $350.00 per hour for Ms. Mallary's work in a Sherman FLSA case. *See Vassallo v. Goodman Networks, Inc.*, No. 4:15-CV-97 (Doc. 144) at pp. 11–12, PageID #: 2612–13 (E.D. Tex. Sherman) ("Mr. Bergen, Mr. Peterson, and Ms. Mallall billed their time at a rate of $350 per hour. . . . The Court finds that the attorneys' proposed rates, which range from $275 per hour to $450 per hour, should be approved by this Court."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016—a $41.75 difference from that hourly rate of $350.00 Judge Guirola found reasonable in 2016.[4] Adjusted *only* for such inflation from the year of Judge Guirola's finding (2016) to the end of 2021, that $350.00 hourly rate for Ms. Mallary is $391.75.

\* Shana Khader (class of '11): Ms. Khader works in Dallas. Her practice areas include labor and employment law. On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Ms. Khader did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Ms. Khader's hourly rate of $375.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 (Dkt. 82-1 at 3). Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $5.76 difference from that hourly rate of $375.00 that these judges found was reasonable in 2020.[5] Adjusted

---

[4]  https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=350

[5]  https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=375

*only* for such inflation from the year of these judges' rulings (2020) to the end of 2021, that $375.00 hourly rate for Ms. Khader is $380.76.

\* **Janine Kapp (class of '15):** Ms. Kapp works in New York. Her online biography states that she "represents employees in employment law litigation." On December 20, 2018, Judge Amos Mazzant determined Ms. Kapp's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Janine Kapp . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $12.00 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[6] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $330.00 hourly rate for Ms. Kapp is $342.00.

\* **Logan A. Pardell (class of '15):** Mr. Pardell works in Florida. His online biography notes that he "focuses his practice on nationwide complex employment class and collective action litigation, specifically claims for unpaid overtime wages." On December 20, 2018, Judge Amos Mazzant determined Mr. Pardell's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.*, No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Logan Pardell . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $12.00 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[7] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $330.00 hourly rate for Mr. Pardell is $342.00.

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=330

[7] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=330

\* **Joshua Cittadino (class of '14):** Mr. Cittadino works in New Jerset and previously worked in New York. His online biography notes that he "has represented clients dealing with unfair employment practices in both State and Federal Court." On December 20, 2018, Judge Amos Mazzant found Mr. Cittadino's $330.00 hourly rate for work in a Sherman FLSA case was reasonable. *See Halleen v. Belk, Inc.,* No. 4:16-cv-55 (Doc. 177) at p. 11, PageID #: 2547 (E.D. Tex. Sherman) ("Accordingly, the Court finds the hourly rates reported by Plaintiffs' Counsel to be reasonable in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."); *id.* (Doc. 174-1) at p. 28, PageID #: 2336 (requesting fees and reporting lodestar rate of $330.00 per hour: "Joshua Cittadino . . . Rate . . . $330"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $12.00 difference from that hourly rate of $330.00 that Judge Mazzant found reasonable in 2018.[8] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $330.00 hourly rate for Mr. Cittadino is $342.00.

\* **Stephanie Gharakhanian (class of '13):** Ms. Gharakhanian works in Austin. She previously served as special counsel for the Workers Defense Project—"a community organization for low-wage, immigrant workers in the Texas construction industry." She now works for the Travis County District Attorney's Office. On January 8, 2020, Judge Amos L. Mazzant found that $325.00 per hour was a reasonable hourly rate for Ms. Gharakhanian's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC,* No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are . . . $325/hour for Stephanie Gharakhanian[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $329.99 difference from that hourly rate of $325.00 that Judge Mazzant found reasonable in 2020.[9] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2021, that $325.00 hourly rate for Ms. Gharakhanian is $329.99.

\* **Megan Dixon (class of '12):** Ms. Dixon works in Dallas. Her online biography states that she "focuses her practice on representing employees in a variety of employment disputes in state and federal courts throughout Texas." On

---

[8]  https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=330

[9]  https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=325

April 24, 2018, Judge Amos Mazzant found her firm's request for fees was reasonable in a Sherman FLSA case. *See Cole v. Wilcox, MD PA*, No. 4:17-CV-00367 (Doc. 18) at p. 3, PageID #: 111 (E.D. Tex. Sherman) ("After reviewing Plaintiff's motion, the Court finds that Plaintiff's request is reasonable and should be granted"); *id.* (Doc. 16) at p. 6, ¶ 14, PageID #: 89 (Plaintiff's Amended Application for Attorneys' Fees and Costs and Brief in Support, seeking $295.00 per hour for Ms. Dixon's work). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018—a $10.73 difference from that hourly rate of $295.00 that Judge Mazzant found reasonable in 2018.[10] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2018) to the end of 2021, that $295.00 hourly rate for Ms. Dixon is $305.73.

* **Reema Ali (class of '18):** Ms. Ali works in Dallas. Her practice includes representing low-wage workers in employment matters. On June 10, 2020, Judge Amos L. Mazzant awarded fees for work Ms. Ali did in a Sherman unpaid wage/breach of contract case—adopting the recommendation of Magistrate Judge Christine A. Nowak that determined Ms. Ali's hourly rate of $270.00 was reasonable. *See Moctezuma v. Dion Islas*, No. 4:18-cv-00342 (Doc. 87) at p. 1, PageID #: 384 (E.D. Tex. Sherman) ("Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is therefore ORDERED that Plaintiffs' Motion for Award of Attorneys' Fees (Dkt. #82) is GRANTED, and Plaintiffs shall have and recover their attorneys' fees in the amount of $5,869.50 from Defendant."); *id.* (Doc. 86) at p. 8, PageID #: 382 ("Plaintiffs' Counsel report hourly rates ranging between $270.00 to $405.00 (Dkt. 82-1 at 3). Ms. Khader's hourly rate is $375.00, Ms. Ali's hourly rate is $270.00, and Mr. Willett's hourly rate is $405.00. . . . The Court finds the requested hourly rates to be reasonable and appropriate in light of the attorneys' experience, the relevant rates for similar attorneys in this community, and the specific facts of this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $4.14 difference from that hourly rate of $270.00 that these judges found was reasonable in 2020.[11] Adjusted *only* for such inflation from the year of these judges' rulings (2020) to the end of 2021, that $270.00 hourly rate for Ms. Ali is $274.14.

---

[10] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=295

[11] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=270

\* **Sean Goldhammer (class of '16):** Mr. Goldhammer works in Dallas for the Workers Defense Project—"a community organization for low-wage, immigrant workers in the Texas construction industry." On January 8, 2020, Judge Amos L. Mazzant found that $250.00 per hour was a reasonable hourly rate for Mr. Goldhammer's work in a Sherman FLSA case. *See Guzman v. GS Fire Protection, LLC*, No. 4:19-cv-00214 (Doc. 12) at p. 4, PageID #: 187 (E.D. Tex. Sherman) ("The Court also finds that the reasonable rates for Plaintiffs' counsel are . . . $250/hour for Sean Goldhammer[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020—a $3.84 difference from that hourly rate of $250.00 that Judge Mazzant found was reasonable in 2020.[12] Adjusted *only* for such inflation from the year of Judge Mazzant's finding (2020) to the end of 2021, that $250.00 hourly rate for Mr. Goldhammer is $253.84.

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=250





*West Texas*



WDTX[†] summary of rates listed: high to low

# $923.47 to $260.34

| Rate | Name / JD Year | Rate | Name / JD Year |
|---|---|---|---|
| $923.47* | Ricardo G. Cedillo (JD 1979) | $440.00* | Andrew Vickers (JD 2012) |
| $908.54* | Stephen E. Fox (JD 1987) | $414.55* | Corey E. Tanner (JD 2011) |
| $885.16* | Jesse J. Gelsomini (JD 1986) | $411.22* | Christopher Willett (JD 2009) |
| $867.81* | Felicity A. Fowler (JD 1992) | $405.43* | Jairo N. Castellanos (JD 2015) |
| $790.00* | Eric Taube (JD 1983) | $405.30* | Stephen Key (JD 1994) |
| $773.94* | Kelly D. Hine (JD 1997) | $404.98* | J. Derek Braziel (JD 1995) |
| $665.00* | David Weiser (JD 1986) | $404.98* | Joseph Bourbois (JD 1994) |
| $600.44* | Colin W. Walsh (JD 2011) | $400.95* | Edmond S. Moreland, Jr. (JD 1997) |
| $600.44* | Kalandra N. Wheeler (JD 2005) | $391.75* | Robert Notzon (JD 1996) |
| $588.90* | Mario A. Barrera (JD 1984) | $388.61* | Kristen Elizondo (JD 2007) |
| $587.74* | John Wenke (JD 1993) | $382.44* | Eric Johnston (JD 2005) |
| $587.74* | John P. Mobbs (JD 1992) | $378.28* | Stephanie S. Rojo (JD 2003) |
| $563.52* | Laura O'Donnell (JD 1996) | $376.81* | Adam D. Boland (JD 2004) |
| $559.65* | Galvin B. Kennedy (JD 1996) | $375.00* | Emily Frost (JD 2002) |
| $555.16* | Rebecca L. Fisher (JD 1994) | $365.53* | Caitlin Boehne (JD 2012) |
| $553.37* | Shafeeqa W. Giarratani (JD 2005) | $365.03* | Mauro Ramirez (JD 2007) |
| $540.00* | William Helfand (JD 1987) | $369.24* | Gregory Placzek (JD 2009) |
| $530.49* | Michael Shaunessy (JD 1987) | $359.24* | Vanessa Kinney (JD 2007) |
| $525.00* | Douglas B. Welmaker (JD 1993) | $352.64* | Kerry O'Brien (JD 2002) |
| $513.20* | Josh Sanford (JD 2001) | $347.12* | M. Black-Matthews (JD 2006) |
| $491.76* | Rachhana T. Srey (JD 2004) | $339.26* | Carmen Artaza (JD 2006) |
| $491.76* | Paul J. Lukas (JD 1991) | $335.79* | John Neuman (JD 2012) |
| $487.31* | Ramon Bissmeyer (JD 1993) | $335.79* | Aaron Johnson (JD 2008) |
| $481.14* | Maria Karos (JD 1993) | $335.79* | Manuel Quinto-Pozos (JD 2007) |
| $481.14* | Judy Jetelina (JD 1985) | $335.79* | Matt Bachop (JD 2006) |
| $476.20* | Robert G. "Bobby" Lee (JD 1993) | $324.91* | Alicia M. Grant (JD 2016) |
| $472.14* | Stephen J. Romero (JD 2004) | $318.20* | Alexander M. Baggio (JD 2009) |
| $471.10* | Taj Clayton (JD 2005) | $313.40* | Phillip J. Moss (JD 2010) |
| $461.88* | Lawrence Morales II (JD 2005) | $310.91* | Melinda Arbuckle (JD 2011) |
| $456.91* | Elizabeth Higginbotham (JD 1993) | $307.92* | Steve Rauls (JD 2011) |
| $456.91* | Thomas H. Padgett, Jr. (JD 1989) | $293.87* | Michael L. Parsons (JD 2011) |
| $450.00* | Edward M. "Ted" Smith (JD 1994) | $282.26* | Allison Hartry (JD 2012) |
| $447.72* | Don J. Foty (JD 2006) | $270.20* | Collin Wynne (JD 2010) |
| $440.45* | Holly Williams (JD 1993) | $260.34* | Jay Forester (JD 2013) |

[†] Courts note the relevant community for fees is district-wide—not by city or division. *See, e.g., Lewallen v. City of Beaumont*, 394 Fed. Appx. 38, 46 (5th Cir. 2010); *Treadway v. Otero*, No. 2:19-CV-244 [Doc. 157] at p. 9 (S.D. Tex. Oct. 6, 2020) (citing cases and concluding: "When it comes to parsing between divisions, it appears that it is the district, rather than the division, that should govern the decision.").



## Classes of the 1970s: The Rates

Ricardo G. Cedillo (JD 1979)

**$923.47***



## Classes of the 1970s: The Work



\* Ricardo G. Cedillo (class of '79): Mr. Cedillo works in San Antonio. His online biography states that "he has earned an international reputation as one of the top trial attorneys." On April 10, 2012, Judge Xavier Rodriguez awarded fees in a San Antonio FLSA case and that fee award included work Mr. Cedillo did at the hourly rate of $750.00. *See Barrera v. MTC, Inc.*, No. 5:10-cv-00665 (Doc. 77) (W.D. Tex. San Antonio) ("Defendant has tendered affidavits explaining that it incurred $3,379 in attorney's fees in preparing for and attending the depositions in question and preparing the motion for sanctions. Defendant also incurred $451.75 in costs. Plaintiffs have not objected to these requested fees and costs. Plaintiffs Andrade and Molina are ordered to pay to Defendant a total of $3,830.75 within fourteen days of this Order."); *id.* Defendant's Submission of Attorneys' Fees and Expenses (Doc. 73) at pp. 2–3, ¶ 2 ("As shown by the attached evidence of Defendant's counsel (Cox Smith Matthews Incorporated and Davis, Cedillo & Mendoza, Inc.), Defendant incurred a total of $3,379.00 in attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75."); *id.* Affidavit of Ramon D. Bissmeyer in Support of Submission of Attorneys' Fees and Expenses (Doc. 73-1) at pp. 4–5, ¶¶ 7–8 ("Defendant MTC has incurred $2,004.00 in attorneys' fees in connection with its Motion for Sanctions and the above-described related tasks. . . ."); Declaration of Mark W. Kiehne in Support of Attorneys' Fees and Expenses (Doc. 73-2) at p. 2, ¶¶ 7–8 ("Ricardo G. Cedillo - $750 (1 hour x $750/hour) . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $175.27 difference).[1] Adjusted *only* for such inflation from the date of this award to the end of 2021, that $750 hourly rate for Mr. Cedillo is $925.27.

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=750

## Classes of the 1980s



**9** **lawyers listed**

# $649.57

**average rate**

# $588.90

**median rate**



## Classes of the 1980s: The Rates

**$908.54***



Stephen E. Fox
(JD 1987)

**$665.00***



David Weiser
(JD 1986)

**$530.49***



Michael Shaunessy
(JD 1987)

**$885.16***



Jesse J. Gelsomini
(JD 1986)

**$588.90***



Mario A. Barrera
(JD 1984)

**$481.14***



Judy Jetelina
(JD 1985)

**$790.00***



Eric Taube
(JD 1983)

**$540.00***



William S. Helfand
(JD 1987)

**$456.91**



Thomas "Tom" H. Padgett, Jr.
(JD 1989)

# Classes of the 1980s: The Work



\* **Stephen E. Fox (class of '87):** Mr. Fox works in Dallas, and his online biography notes that he is a partner in his firm's Labor and Employment practice group. In 2009, he noted in a fee agreement—in which he was engaged to work in a breach of compensation agreement case filed in Austin by an employee— that his standard hourly rate was $675. *See* Fee Agreement dated February 19, 2009 (attached to Declaration of William T. Jacks) in *Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) ("For example, my standard rate is $675/hr."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $233.54 difference).[1] Adjusted *only* for such inflation from the year of this stated standard billing rate (2009) to the end of 2021, that $675.00 hourly rate for Mr. Fox is $908.54.

\* **Jesse J. Gelsomini (class of '86):** Mr. Gelsomini works in Houston. His online biography states that his "principal areas of practice are Employee Benefits, ERISA and Executive Compensation." In 2015, his firm listed his standard hourly rate as $765.00 for employment work in an Austin bankruptcy case. *See* Chapter 11 First Interim Fee Application Summary, filed in *In re: Dune Energy, Inc.*, No. 15-10336 (Doc. 322) at pp. 2, 33, (Doc. 322-1) at pp. 44, 45, 181, (Doc. 322-4) at p. 1 (Bankr. W.D. Tex. Austin) (That work included "Review of the Dune Energy, Inc. Employees Severance Plan document (.4); research and draft memo regarding whether the Plan is subject to ERISA (.4); review the consequences of ERISA preemption and whether the benefits provided under the Plan are vested prior to termination of employment (.5); analyze the amendment and termination provisions in the Plan (.5); draft correspondence regarding the same (.2)."). On July 28, 2015, Judge H. Christopher Mott granted fees that included this $765.00 per hour rate. *See id.* Order (Doc. 322-1) at p. 44. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=675

2015 (a $120.16 difference).[2] Adjusted *only* for such inflation from the date of this award to the end of 2021, that $765 hourly rate for Mr. Gelsomini is $885.16.

\* **Eric Taube (class of '83):** Mr. Taube works in Austin. His online biography states that he has extensive experience in several practice areas, including employment disputes. In 2021, he billed for work at the hourly rate of $790 in an Austin employment case involving claims of wrongful employment termination and defamation. *See* Second Supplemental Declaration of Andrew Vickers, filed in *Lanham v. AWR Servs., Inc.*, No. D-1-GN-20-003923 (419th Judicial District Court for Travis County, Texas) (filed April 8, 2021) at p. 2, ¶ 4 ("By agreement with our client, the current hourly billing rate for services performed from January 1, 2021 through March 11, 2020 [sic] for this matter is $440 for me (a partner), $790 for Eric Taube (a partner), and $205 for Ann Marie Jezisek and Kristen Warner (paralegals). I am familiar with rates charges [sic] by attorneys in Texas for litigation matters and these rates are reasonable when compared to customary rates in Texas for lawsuits such as this one.").

\* **David Weiser (class of '86):** Mr. Weiser works in Austin. His online biography notes that his "practice concentrates on representation of employees before state and federal courts, the EEOC, and the MSPB, in both individual and class action litigation." On January 11, 2021, Miriam G. Harvey, the Director of the Office of Civil Rights and Diversity for the United States Department of the Treasury issued a Final Agency Decision in which Mr. Weiser's requested rate of $665 for work in a federal sector employment disability discrimination case. *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F at pp. 6, 12 ("Further, FS contended that the attorney's fees were based on the Laffey Matrix, which provides hourly rates to attorneys in the Washington, DC-Baltimore area, whereas Complainant's attorneys are in Texas, and therefore the hourly rates should be reduced. . . . [W]ith respect to attorney's fees, we find the number of hours, the hourly rate, and the services itemized to be reasonable. . . . Complainant is entitled to an award of $66,907 in attorney's fees . . . ."); *see also* Reply Declaration of David Weiser Regarding Attorneys Fees filed in *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F at p. 4, ¶ 4 ("This hourly rate ($665) applies to Texas clients who pay for my services in advance, and also for those Texas clients who have a contingency fee arrangement for my representation."); Complainant's Reply to Arguments Submitted by Bureau of the Fiscal Services filed in *In the Matter of Gloria ___ v. Steven T. Mnuchin*, TD Case No. BFS-20-0073-F on November 24, 2020 (requesting a total lodestar of "$66,907.00" in fees based, in part, on Mr. Weiser's requested hourly rate of "$665").

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=765

\* **Mario A. Barrera (class of '84):** Mr. Berrera works in San Antonio. His online biography states that he is a labor and employment partner at his law firm. In 2020, he billed his work in a San Antonio employment termination case at the hourly rate of $580. *See* Affidavit of Mario A. Barrera, filed in *Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) ("I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. Through this date, I have spent 0.7 hours reviewing the relevant documents and preparing Defendant's Motion for Sanctions ("Motion"). My hourly billing rate on this matter is $580."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (an $8.90 difference).[3] Adjusted *only* for such inflation from the year of this billing to the end of 2021, that $580 hourly rate for Mr. Barrera is $588.90.

\* **William S. Helfand (class of '87):** Mr. Helfand works in Houston. His online biography notes that his "labor and employment law practice focuses on the defense of both public and private employers throughout Texas and the United States." In or before 2021, he contracted to represent the Texas Attorney General in a Texas Whistleblower Act case brought by former employees of that office in *Brickman v. Office of the Attorney General of the States of Texas*, No. D-1-GN-20-006861 (250th Judicial District Court for Travis County, Texas). *See* Emma Platoff, *Texas attorney general's office paying lead lawyer $540 per hour to defend against whistleblower lawsuit*, Texas Tribune (Dec. 14, 2020); Outside Counsel Contract OAG Contract No. 2021-302-0051 ("Addendum B . . . Rates . . . William S. Helfand – Partner . . . Hourly Rate . . . $540").

\* **Michael Shaunessy (class of '87):** Mr. Shaunessy works in Austin. His online biography states: "For more than 20 years, he has successfully defended employers from claims of sexual harassment, sex discrimination, race discrimination, as well as violations of the Americans with Disabilities Act, Age Discrimination in Employment Act, and Fair Labor Standards Act." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=580

Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate was $310. On March 29, 2012, <span style="color:red">Judge Fred Biery</span> adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $100.49 difference).[4] Adjusted *only* for such inflation from the year of this billing to the end of 2021, that $430 hourly rate for Mr. Shaunessy is $530.49.

\* <span style="color:red">Judy Jetelina (class of '85):</span> Ms. Jetelina works in San Antonio. Her online biography states that she "has practiced exclusively in the area of labor and employment for more than 25 years." On February 16, 2012, <span style="color:red">Judge Harry Lee Hudspeth</span> awarded $390 per hour for work she did in an Equal Pay Act case. *See Wojcik v. Ameripath San Antonio 5.01(A) Corp.*, No. SA-10-CA-335-H (Doc. 74) at p. (W.D. Tex. San Antonio) (". . . , the Court finds that the following are reasonable amounts for the services of each professional: . . . Ms. Jetelina: .17 hours x $390 per hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $91.14 difference).[5] Adjusted *only* for such inflation from the year of this award to the end of 2021, that $390 hourly rate for Ms. Jetelina is $481.14.

\* <span style="color:red">Thomas "Tom" H. Padgett, Jr. (class of '89):</span> Mr. Padgett works in Houston. His online biography states that he is a civil rights lawyer. On March 3, 2020, for work prosecuting a Waco employment discrimination case, <span style="color:red">Judge Jim Meyer</span> granted Mr. Padgett $450.00 per hour. *See Abens v. Providence Health Servs. of Waco*, No. 2015-908-4 (170th Judicial District Court for McClennan County, Texas) (final judgment at p. 5) ("Thomas H. Padgett, Jr. is hereby awarded fees in a total amount of $57,465.00. Mr. Padgett billed 127.7 hours and bills at a rate of $450.00 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=430

[5] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=390

legal services are 1.53% higher in 2021 versus 2020 (a $6.91 difference).[6] Adjusted *only* for such inflation from the year of this ruling to the end of 2021, that $450 hourly rate for Mr. Padgett is $456.91.

---

[6] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=450

## Classes of the 1990s



# 20

**lawyers listed**

# $515.61

**average rate**

# $484.23

**median rate**

## Classes of the 1990s: The Rates



**$867.81***
Felicity A. Fowler
(JD 1992)



**$525.00***
Douglas B. Welmaker
(JD 1993)



**$440.45***
Holly Williams
(JD 1993)



**$773.94***
Kelly D. Hine
(JD 1997)



**$491.76***
Paul J. Lukas
(JD 1991)



**$405.30***
Stephen Key
(JD 1994)



**$587.74***
John Wenke
(JD 1993)



**$487.31***
Ramon Bissmeyer
(JD 1993)



**$404.98***
J. Derek Braziel
(JD 1995)



**$587.74***
John P. Mobbs
(JD 1992)



**$481.14***
Maria Karos
(JD 1993)



**$404.98***
Joseph Bourbois
(JD 1994)



**$563.52***
Laura O'Donnell
(JD 1996)



**$476.20***
Robert G. "Bobby" Lee
(JD 1993)



**$400.95***
Edmond S. Moreland, Jr.
(JD 1997)



**$559.65***
Galvin B. Kennedy
(JD 1996)



**$456.91***
Elizabeth L. Higginbotham
(JD 1993)



**$391.75***
Robert Notzon
(JD 1996)



**$555.16***
Rebecca L. Fisher
(JD 1994)



**$450.00***
Edward M. "Ted" Smith
(JD 1994)



## *Classes of the 1990s: The Work*



\* **Felicity A. Fowler (class of '92):** Ms. Fowler works in Dallas. Her online biography states that she "has more than 28 years of experience representing employers in all facets of employment law, including litigation, arbitrations, injunctive relief, administrative proceedings, counseling and trainings throughout the United States and in a few foreign jurisdictions." In 2015, her firm listed her standard hourly rate as $750.00 for employment work in an Austin bankruptcy case. *See* Chapter 11 First Interim Fee Application Summary, filed in *In re: Dune Energy, Inc.*, No. 15-10336 (Doc. 322) at p. 2, (Doc. 322-1) at pp. 43, 44, 45, (Doc. 322-4) at p. 1 (Bankr. W.D. Tex. Austin) (That work included "Review and analyze client's severance policy (.4); review and analyze client's previous termination letter for layoffs (.4); review and analyze employee benefits motion and order (.4); prepare correspondence providing employment law advice concerning potential layoffs (.4)" and "Review and revise termination letter for laid off employees (.5); attention to termination of severance plan (.5)" and "Attention to cancellation of severance plan and communications with client regarding terminations and correspondence related to same (.2).""). On July 28, 2015, Judge H. Christopher Mott granted fees that included this rate. *See id.* Order (Doc. 322-1) at p. 44. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $117.81 difference).[1] Adjusted *only* for such inflation from the date of this award to the end of 2021, that $750 hourly rate for Ms. Fowler is $867.81.

\* **Kelly D. Hine (class of '97):** Mr. Hine works in Dallas. In 2009, his client agreed to pay his firm $575.00 per hour—a discount from his unstated standard rate—for work in a breach of compensation agreement case filed in Austin by an employee. *See* Fee Agreement dated February 19, 2009 (attached to Declaration of William T. Jacks) filed in *Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) at p. 4, n. 2 (W.D. Tex. Austin) ("$575/hr. for Kelly's services" and "Please note that these rates are discounted from our standard rates"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=750

Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $198.94 difference).[2] Adjusted *only* for such inflation from the year of this stated standard billing rate (2009) to the end of 2021, that $575 hourly rate for Mr. Hine is $773.94.

\* **John Wenke (class of '93):** Mr. Wenke works in El Paso. His online biography notes that he "represents employees of all levels, including management employees, in cases of employment discrimination, wrongful termination, sexual harassment, severance negotiations and other employment related matters." On March 4, 2014, Judge Angie Juarez Barill issued a judgment that included attorneys' fees for work Mr. Wenke did in an El Paso employment discrimination case. *See* Judgment in *Vielma v. ACC Holding, Inc.*, No 2011-DCV-04851 (346th Judicial District Court for El Paso County, Texas) ("It is further OR-DERED, ADJUDGED AND DECREED that Plaintiff ANTONIO VIELMA have and recover from Defendant ACC Holding, Inc. d/b/a AIR CARGO CARRIERS, INC. his attorney fees in the amount of two hundred and thirty-nine thousand, four hundred and forty-five dollars ($239,445.00) for services rendered in this Court through the date of this judgment."). The hourly rate Judge Barill awarded then in 2014 appears to have been $500.00 per hour. *Compare* Brief of Appellee, filed January 10, 2015, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 44 n. 7 (Tex. Ct. App.—El Paso) ("Vielma requested attorney fees for 517.77 hours necessary to the successful pursuit of his discrimination claim through trial, at the rate of $500 per hour, for a total of $258,885. (9RR:9). The trial court awarded $239,445. (CR:1627). Appellant assumes that the court reduced the hours, rather than the hourly rate.") *with* Brief of Appellant, filed November 22, 2014, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 17 (Tex. Ct. App.—El Paso) (arguing that "The Trial Court Awarded An Extravagant $500 Per Hour As A Reasonable Hourly Rate And Only Discounted The Hours Expended By Ten Percent For The Numerous Unsuccessful Claims."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (an $87.74 difference).[3] Adjusted *only* for such inflation from the date of this award to the end of 2021, that $500 hourly rate for Mr. Wenke is $587.74.

\* **John P. Mobbs (class of '92):** Mr. Mobbs works in El Paso. His practice areas include civil appeals. On March 4, 2014, Judge Angie Juarez Barill issued a judgment that included attorneys' fees for work Mr. Mobbs did in an El Paso employment discrimination case. *See* Judgment in *Vielma v. ACC Holding, Inc.*, No 2011-DCV-04851 (346th Judicial District Court for El Paso County,

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=575

[3] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=500

Texas) ("It is further ORDERED, ADJUDGED AND DECREED that Plaintiff AN-TONIO VIELMA have and recover from Defendant ACC Holding, Inc. d/b/a AIR CARGO CARRIERS, INC. his attorney fees in the amount of two hundred and thirty-nine thousand, four hundred and forty-five dollars ($239,445.00) for ser-vices rendered in this Court through the date of this judgment."). The hourly rate Judge Barill awarded then in 2014 appears to have been $500.00 per hour. *Com-pare* Brief of Appellee, filed January 10, 2015, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 44 n. 7 (Tex. Ct. App.—El Paso) ("Vielma requested attorney fees for 517.79 hours necessary to the successful pursuit of his discrimination claim through trial, at the rate of $500 per hour, for a total of $258,885. (9RR:9). The trial court awarded $239,445. (CR:1627). Appellant assumes that the court reduced the hours, rather than the hourly rate.") *with* Brief of Appellant, filed November 22, 2014, in *ACC Holding, Inc. v. Vielma*, No. 08-14-00169-CV at p. 17 (Tex. Ct. App.—El Paso) (arguing that "The Trial Court Awarded An Extravagant $500 Per Hour As A Reasonable Hourly Rate And Only Discounted The Hours Expended By Ten Percent For The Numerous Unsuccessful Claims."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (an $87.74 difference).[4] Adjusted *only* for such inflation from the date of this award to the end of 2021, that $500 hourly rate for Mr. Mobbs is $587.74.

\* <span style="color:red">Laura O'Donnell (class of '96):</span> Laura O'Donnell works in San Antonio. Her online biography states that she heads her law firm's Wage and Hour Litigation Group. On December 9, 2020, her law firm filed a motion seeking attorneys' fees for her work defending a San Antonio FLSA case. *See* Defendants' Motion for Attorneys' Fee Award filed in *Harrington v. Southwestern Bell Tele-phone L.P.*, No. 5:20-CV-00770-JKP-RBF (Doc. 31) at p. 6 (W.D. Tex. San Antonio) ("As set forth in the attached Declaration of Laura E. O'Donnell, Defendants in-curred attorneys' fees both in connection with their Response to Plaintiff's motion and in preparing for the duly-noticed hearing that Plaintiffs' counsel failed to at-tend. See Ex. A (filed under seal). The amount of time spent on the Response and preparing for the hearing and the rates charged by defense counsel are reasona-ble, considering the questions in this case, the time required, the relevant legal skill, and the qualifications of the attorneys involved, as well as the customary fees for defending cases such as this one. See Ex. A."); Though her law firm's fee bills / invoices themselves—the referenced Exhibit—were later sealed, other fil-ings in the case seem to reveal that her rate for work in 2020 on that case was $555.00 per hour. *See* Plaintiffs' Response in Opposition to Defendants' Motion for Attorneys' Fee Award filed in *Harrington v. Southwestern Bell Telephone L.P.*, No. 5:20-CV-00770-JKP-RBF (Doc. 36) at p. 11 (W.D. Tex. San Antonio) ("At her rate of $555.00 a hour, that amounts to fees of $832.50. This is based on the billing entry of 0.5 hours for attendance at the hearing, and one hour of preparation time

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=500

for the hearing. Plaintiffs' do not object to Ms. O'Donnell's rate and find that her experience, credentials and rate are similar to the education, credentials, experience and reasonable rates for plaintiffs' counsel, Mr. Braziel, Mr. Brown and Mr. Dunn."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $8.52 difference).[5] Adjusted *only* for such inflation from the date of this billed rate to the end of 2021, that $555 hourly rate for Ms. O'Donnell is $563.52.

\* **Galvin B. Kennedy (class of '96):** Mr. Kennedy works in Houston. His online biography notes that he "champions the rights of employees in all sectors from oil field workers to nurses." On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Kennedy's rate of $500 per hour. *See id.* (Doc. 19) at pp. 2-3 (motion for fees and costs) ("Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . .3 hours for Galvin Kennedy, president of firm, at the rate of $500 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $59.65 difference).[6] Adjusted *only* for such inflation from the year of this award to the end of 2021, that $500.00 hourly rate for Mr. Kennedy is $559.65.

\* **Rebecca L. Fisher (class of '94):** Ms. Fisher works in San Antonio. Her online biography notes that she "practices Federal Employment Law throughout the nation" — representing federal sector government employees. On July 11, 2012, the United States Equal Employment Opportunity Commission determined it was error for an administrative law judge to award her less than her requested hourly rate of $450 per hour for work representing a Texas-based post office employee in a disability employment discrimination case. *See Linda Towns v. Patrick R. Donohue*, Appeal No. 0120112091 ("Upon review, we find that the AJ erred in reducing the Attorney's hourly rate from $450.00 to $246.00."); *see also* Declaration of Rebecca Fisher filed in *Cox v. Brennan*, No. 2:14-cv-00810-JRG-RSP (Doc. 88-1) at p. 5, PageID #978, ¶ 15 (E.D. Tex. May 10, 2017) ("I have been awarded $450 per hour for over ten years by the Commission and by Federal Agencies" (*Linda Towns v. Patrick R. Donohue*, Appeal No. 220112091 (July 11, 2012) . . .")). According to the Consumer Price Index for legal services as generated

---

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=555

[6] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=500

by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $105.16 difference).[7] Adjusted *only* for such inflation from the year of this ruling to the end of 2021, that $450.00 hourly rate for Ms. Fisher is $555.16.

\* **Douglas B. Welmaker (class of '93):** Mr. Welmaker is based in Austin and his online biography notes that for the past ten years he has limited his practice to FLSA cases. On May 5, 2021, Magistrate Judge Ronald C. Griffin ruled—in a report and recommendation—that $525 per hour was a reasonable rate for Mr. Welmaker's work in a Midland/Odessa FLSA case. *See Garcia v. Von Grist, Inc.*, No. MO:20-CV-00093 (Doc. 21) at p. 12 (W.D. Tex. May 5, 2021) (Report and Recommendation) ("The time records attached to Mr. Welmaker's declaration indicate that Mr. Welmaker expended 8.4 hours at an hourly rate of $525.00 and his paralegal expended 2.9 hours. . . . Having reviewed Mr. Welmaker's declaration, the undersigned finds that this hourly rate is reasonable for an attorney practicing in the field of employment law with comparable experience to Mr. Welmaker."). On May 27, 2021, Judge David Counts adopted that report and recommendation. *See id.* (Doc. 23) at p. 1 (W.D. Tex. May 5, 2021) ("Order Adopting Report and Recommendation").

\* **Paul J. Lukas (class of '91):** Mr. Lukas's online biography states that he "is a committed advocate for employee rights." Mr. Lukas is based in Minneapolis. On November 10, 2015, Judge Sam Sparks determined $425.00 was a reasonable hourly rate for work Mr. Lukas did in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at pp. 15–16 (W.D. Tex. Austin) ("Consequently, the Court finds Srey's claimed $425 per hour rate reasonable in light of her experience and skill and the rates of Austin-area attorneys, but reduces Lukas's claimed rate from $525 to $425."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $66.76 difference).[8] Adjusted *only* for such inflation from the date of this determination to the end of 2021, that $425 hourly rate for Mr. Lukas is $491.76.

\* **Ramon Bissmeyer (class of '93):** Mr. Bissmeyer works in San Antonio. His online biography states that he "counsels clients in matters involving discrimination, harassment, retaliation, minimum wage and overtime under the Fair Labor Standards Act ('FLSA') and other laws and regulations governing the employer-employee relationship." On April 10, 2012, Judge Xavier Rodriguez awarded fees in a San Antonio FLSA case and that fee award included

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=450

[8] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=425

work Mr. Bissmeyer did at the hourly rate of $395.00. *See Barrera v. MTC, Inc.*, No. 5:10-cv-00665 (Doc. 77) (W.D. Tex. San Antonio) ("Defendant has tendered affidavits explaining that it incurred $3,379 in attorney's fees in preparing for and attending the depositions in question and preparing the motion for sanctions. Defendant also incurred $451.75 in costs. Plaintiffs have not objected to these requested fees and costs. Plaintiffs Andrade and Molina are ordered to pay to Defendant a total of $3,830.75 within fourteen days of this Order."); *id.* Defendant's Submission of Attorneys' Fees and Expenses (Doc. 73) at pp. 2–3, ¶ 2 ("As shown by the attached evidence of Defendant's counsel (Cox Smith Matthews Incorporated and Davis, Cedillo & Mendoza, Inc.), Defendant incurred a total of $3,379.00 in attorneys' fees in preparing for and attending the depositions, as well as drafting its Motion for Sanctions, among other necessary tasks, and incurred a total of $451.75 in costs for a grand total of $3,830.75."); *id.* Affidavit of Ramon D. Bissmeyer in Support of Submission of Attorneys' Fees and Expenses (Doc. 73-1) at pp. 1, 4–5, ¶¶ 4, 7–8 ("At the time of the deposition in question, my hourly fee for this matter was $395.00 per hour. . . . Defendant MTC has incurred $2,004.00 in attorneys' fees in connection with its Motion for Sanctions and the above-described related tasks. . . . Further, attached to this affidavit is a copy of the invoice for services rendered by the court reporter for attending the depositions of Plaintiffs Andrade and Molina and taking the Certificates of Non-Appearance, in the amount of $300, and which services were paid by Cox Smith[fn]."); Declaration of Mark W. Kiehne in Support of Attorneys' Fees and Expenses (Doc. 73-2) at p. 2, ¶¶ 7–8 ("Ricardo G. Cedillo - $750 (1 hour x $750/hour) Mark W. Kiehne - $625 (2.5 hours x $250/hour) Total $1375. . . . In addition, MTC incurred an additional expense in the amount of $151.75 for the court reporter's certificate of non-appearance of Plaintiff Javier Andrade."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $92.31 difference).[9] Adjusted *only* for such inflation from the date of this award (2012) to the end of 2021, that $395.00 hourly rate for Mr. Bissmeyer is $487.31.

\* <span style="color:red">Maria Karos (class of '90):</span> Ms. Karos works in Dallas. Her online biography notes that she "focuses her practice on high-stakes catastrophic injury cases and complex business litigation matters." On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=395

establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate— are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate was $310. On March 29, 2012, Judge Fred Biery adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $91.14 difference).[10] Adjusted *only* for such inflation from the year of this billing (2012) to the end of 2021, that $390 hourly rate for Ms. Karos is $481.14.

* Robert G. "Bobby" Lee (class of '93): Though he now works in Houston, Mr. Lee, a board-certified labor and employment law specialist, previously worked in North Texas. On July 5, 2012, Judge Lee Yeakel awarded $386.00 per hour for work Mr. Lee did in an Austin FLSA case. *See Flowers v. Interra Hydro, Inc.*, No. 1:11-CV-421-LY (Doc. 35) at p. 3 (W.D. Tex. Austin) ("the court adopts Interra's suggested rate of $386 per-hour as the hourly rate for Mr. Lee."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (an $90.20 difference).[11] Adjusted *only* for such inflation from the date of this award (2012) to the end of 2021, that $386.00 hourly rate for Mr. Lee is $476.20.

* Elizabeth L. Higginbotham (class of '93): Ms. Higginbotham works in San Antonio. Her online biography states that she "is a *nurse attorney* in private practice who works with nurses across the State of Texas as well as nurses in Texas practicing under a multi-state compact license." On March 3, 2020, for work prosecuting a Waco employment discrimination case, Judge Jim Meyer granted Ms. Higginbotham $450.00 per hour. *See Abens v. Providence Health Servs. of Waco*, No. 2015-908-4 (170th Judicial District Court for McLennan County, Texas) (final judgment at p. 4). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.91

---

[10] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=390

[11] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=386

difference).[12] Adjusted *only* for such inflation from the year of this ruling to the end of 2021, that $450 hourly rate for Ms. Higginbotham is $456.91.

**\* Edward M. "Ted" Smith (class of '94):** Mr. Smith works in Austin. His online biography notes that he "specializes in representing employers in all aspects of the employer-employee relationship, from training and advice to litigation and appeal." On October 1, 2021, Magistrate Judge Dustin M. Howell granted fees as discovery sanctions in an Austin FLSA case. *See McNamara v. Your Fare, Inc.*, No. 1:21-cv-00140-LY (Doc. 31) at pp. 1-2 (W.D. Tex. Austin) ("Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions is GRANTED. IT IS FURTHER ORDERED: . . . that Defendants' counsel of record, Constangy, Brooks, Smith & Prophete, LLP, pay to Plaintiff's counsel of record, Cornell Smith Mierl Brutocao Burton, LLP, the amount of $3,825 within twenty-one (21) days of this Order, as payment of Plaintiff's reasonable attorneys' fees incurred in conjunction with this Motion."). The amount of fees was premised on the requested rate of $450 per hour for Mr. Smith's work. *See id.* (Doc. 20) at p. 6 ("Plaintiff's Motion to Compel Discovery Responses and Request for Sanctions") ("Mr. Smith's hourly billable rate is $450, . . . ."); *id.* (Doc. 23-1) at pp. 3-4 (Exhibit 1 to "Plaintiff's Sur-reply to Defendants' Response to Motion to Compel Discovery Responses and Request for Sanctions.") ("Plaintiff respectfully requests that the Court: . . . order Defendants and their counsel of record, jointly and severally, to pay Plaintiff her reasonable expenses, including attorneys' fees in the amount of $3,825, within seven (7) days of the Court's Order.").

**\* Holly Williams (class of '93):** Ms. Williams works in Midland. Her online biography states that she "is the only attorney in the Permian Basin who is Board Certified by the Texas Board of Legal Specialization in Labor and Employment Law." On June 22, 2018, Judge David Counts granted Ms. Williams's request for attorneys' fees in a Midland/Odessa employment discrimination case. *See Roberts v. Brinkerhoff Inspection, Inc.*, No. 7:16-cv-00342 (Doc. 86) at p. 1 (W.D. Tex. Midland/Odessa) ("After due consideration, the Court GRANTS Plaintiff's unopposed motions for attorney fees and expenses pursuant to 42 U.S.C. § 2000e-5(k) for the amounts requested in the motions and described in the proposed judgment."). The granted request itself was premised on an hourly rate of $425.00 for the work Ms. Williams did in the case. *See id.* Plaintiff's Unopposed Motion for Attorneys' Fees (Doc. 80) at p. 3 ("Plaintiff requests an hourly rate of $425 for lead counsel Holly Williams[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018 (a $15.45

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=450

difference).[13] Adjusted *only* for such inflation from the year of this ruling to the end of 2021, that $425 hourly rate for Ms. Williams is $440.45.

* **Stephen Key (class of '94):** Mr. Key works in Dallas. His online biography states that his "practice is limited to the representation of management in matters of employment litigation, governmental regulation and union relations." In 2017, Mr. Key testified concerning his fees for work in a San Antonio FLSA case. *See* Affidavit of Stephen C. Key [with billing statement attached as Exhibit 1], filed in Defendant Stevens Tanker Division, LLC's Motion for Fees, filed in *Espinosa v. Stevens Tanker Division, LLC*, No. 5:15-cv-879-XR (Doc. 94) (W.D. Tex. San Antonio). His firm's billing statement shows he billed $375.00 per hour for 2017 work in the case. *See id.* at p. 24. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a $30.30 difference).[14] Adjusted *only* for such inflation from the year of this billing to the end of 2021, that $375.00 hourly rate for Mr. Key is $405.30.

* **J. Derek Braziel (class of '95):** Mr. Braziel works in Dallas. On December 8, 2015, Judge David Alan Ezra ruled that $350.00 per hour was a reasonable rate for Mr. Braziel's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) at pp. 16–17 (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . J. Derek Braziel . . . $350"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $54.98 difference).[15] Adjusted *only* for such inflation from the year of this ruling to the end of 2021, that $350 hourly rate for Mr. Braziel is $404.98.

* **Joseph Bourbois (class of '94):** Mr. Bourbois works in San Antonio. In 2015, he billed for his work in an Austin employment discrimination case at the hourly rate of $350.00. *See* Affidavit of Mario A. Barrera, filed in *Santos v. Wincor Nixdorf, Inc.*, No. 1:16-cv-00440-RP (Doc. 82-1) at p. 2 (W.D. Tex. Austin) ("Our firm charged Defendant . . . $350.00 per hour for Joseph A. Bourbois's (Counsel) time[.]. . .") and Invoice dated November 10, 2015 (Doc. 82-2) at p. 4 ("Joseph A. Bourbois . . . Counsel . . . Rate . . . $350.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus

---

[13] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=425

[14] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=375

[15] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=350

2015 (a $54.98 difference).[16] Adjusted *only* for such inflation from the year of this billing to the end of 2021, that $350 hourly rate for Mr. Bourbois is $404.98.

## * Edmond S. Moreland, Jr. (class of '97): Mr. Moreland works in Wimberley. On May 9, 2012, Magistrate Judge Andrew Austin ruled that Mr. Moreland's requested hourly rate of $325.00 for work in an Austin FLSA case was reasonable. *See Ransom v. M. Patel Enters., Inc.*, No. 1:10-cv-00857 (Doc. 194) at p. 6 (W.D. Tex. Austin) ("The Court concludes that Moreland's requested hourly rate of $325 is reasonable in light of his experience and skill and the rates of similar attorneys practicing in the Austin area."), *reversed on other grounds* 734 F.3d 377 (5th Cir. 2013). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $75.95 difference).[17] Adjusted *only* for such inflation from the year of this billing to the end of 2021, that $325 hourly rate for Mr. Moreland is $400.95.

## * Robert Notzon (class of '96): Mr. Notzon works in Austin. His online biography notes that his practice areas include labor and employment law. On March 15, 2016, Judge Sam Sparks awarded an hourly rate of $350.00 for Mr. Notzon's work in an Austin FLSA case. *See Saldivar v. Austin Indep. Sch. Dist.*, No. 14-CA-00117 (Doc. 97) at p. 12 (W.D. Tex. Austin) (Judge Sam Sparks) ("AISD does not challenge Saldivar's counsel's rate of $350 per hour, and therefore the Court finds this hourly rate reasonable for the Austin area."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $41.75 difference).[18] Adjusted *only* for such inflation from the year of this award to the end of 2021, that $350 hourly rate for Mr. Notzon is $391.75.

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=350

[17] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=325

[18] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=350

## *Classes of the 2000s*



**24** lawyers listed

**$407.17** average rate

**$377.55** median rate



## Classes of the 2000s: The Rates

 **$600.44***
Kalandra N. Wheeler (JD 2005)

 **$411.22***
Christopher Willett (JD 2009)

 **$359.24***
Vanessa Kinney (JD 2007)

 **$553.37***
Shafeeqa W. Giarratani (JD 2005)

 **$388.61***
Kristen Elizondo (JD 2007)

 **$352.64***
Kerry O'Brien (JD 2002)

 **$513.20***
Josh Sanford (JD 2001)

 **$382.44***
Eric Johnston (JD 2005)

 **$347.12***
Meredith Black-Matthews (JD 2006)

 **$491.76***
Rachhana T. Srey (JD 2004)

 **$378.28***
Stephanie S. Rojo (JD 2003)

 **$339.26***
Carmen Artaza (JD 2006)

 **$472.14***
Stephen J. Romero (JD 2004)

 **$376.81***
Adam D. Boland (JD 2004)

 **$335.79***
Aaron Johnson (JD 2008)

 **$471.10***
Taj Clayton (JD 2005)

 **$375.00***
Emily Frost (JD 2002)

 **$335.79***
Manuel Quinto-Pozos (JD 2007)

 **$461.88***
Lawrence Morales II (JD 2005)

 **$365.03***
Mauro Ramirez (JD 2007)

 **$335.79***
Matt Bachop (JD 2006)

 **$447.72***
Don J. Foty (JD 2006)

 **$359.24***
Gregory Placzek (JD 2009)

 **$318.20***
Alexander M. Baggio (JD 2009)

## Classes of the 2000s: The Work



\* **Kalandra N. Wheeler (class of '05):** Ms. Wheeler works in Houston. Her online biography notes that she "represents employees with various types of claims, including Title VII of the Civil Rights Act, the Family Medical Leave Act (FMLA), the Age Discrimination in Employment Act (ADEA), the Americans with Disabilities Act (ADA), and the Fair Labor Standards Act (FLSA)." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for her work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually"). The fees request was based, in part, on her stated rate of $585.00 per hour. *See id.* Declaration Under Penalty of Perjury of Colin W. Walsh (Doc. 152-1) at p. 6, ¶ 13 ("The firm's hourly rate for Kalandra N. Wheeler, who became a partner shortly after trial of this case, is also currently [since January 2019, when she became board certified in labor and employment law] $585/hour. This is the rate this firm charged and received for Ms. Wheeler's time in the San Antonio market."); *see also id.* Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs (Doc. 171) at p. 3 (seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs) . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $15.44 difference).[1] Adjusted *only* for such inflation from the date of Judge Lamberth's award (2019) to the end of 2021, that $585.00 hourly rate for Ms. Wheeler is $600.44.

\* **Shafeeqa W. Giarratani (class of '05):** Ms. Giarratani works in Austin. Her online biography notes that she "represents employers in federal and state court and before administrative agencies and regulatory agencies such as the Equal Employment Opportunity Commission, the Texas Workforce Commission, and the Office of Federal Contract Compliance Programs." On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, there was testimony stating her standard hourly rate in 2020 was $545.00 per hour. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1)

---

[1] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=585

at p. 12, ¶ 21 (N.D. Tex. Dallas) (Declaration of John M. Barcus) ("Shafeeqa W. Giarratani's standard rate for 2020 is $545 per hour[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (an $8.37 difference).[2] Adjusted *only* for such inflation from the year of this billing rate (2020) to the end of 2021, that $545.00 hourly rate for Ms. Giarratani is $553.37.

\* Josh Sanford (class of '01): Mr. Sanford works in Little Rock, Arkansas but is licensed in Texas and his firm keeps an office in San Antonio. His online biography notes that he "practices almost exclusively in employment litigation, focusing on wage and hour law." On August 14, 2019, Judge Royce C. Lamberth awarded Mr. Sanford's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on Mr. Sanford's requested rate of $500 per hour. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sandford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168)) (listing rate: "Sanford, J. $500."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $13.20 difference).[3] Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2021, that $500.00 hourly rate for Mr. Sanford is $513.20.

\* Rachhana T. Srey (class of '04): Ms. Srey's online biography states that she "has extensive litigation experience, primarily dedicating her legal practice to national wage and hour complex class and collective action employment litigation." Ms. Srey is based in Minneapolis. On November 10, 2015, Judge Sam Sparks determined $425.00 was a reasonable hourly rate for Ms. Srey's work in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at pp. 15–16 (W.D. Tex. Austin) ("Consequently, the Court finds Srey's claimed $425 per hour rate reasonable in light of her experience and skill and the rates of Austin-area attorneys, but reduces Lukas's claimed rate from $525 to $425."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=545

[3] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=500

in 2021 versus 2015 (a $66.76 difference).[4] Adjusted *only* for such inflation from the year of Judge Sparks's determination (2015) to the end of 2021, that $425.00 hourly rate for Ms. Srey is $491.76.

* **Stephen J. Romero (class of '04):** Mr. Romero works in San Antonio. In 2020, his law firm billed his work in a San Antonio employment termination case to a client at the hourly rate of $465.00. *See* Affidavit of Mario A. Barrera, filed in *Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) ("I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. . . . Stephen J. Romero, Counsel at NRF, has spent .75 hours reviewing cases and preparing the Motion. Mr. Romero's hourly rate is $465."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $7.14 difference).[5] Adjusted *only* for such inflation from the year of this billing (2020) to the end of 2021, that $465 hourly rate for Mr. Romero is $472.14.

* **Taj Clayton (class of '05):** Mr. Clayton works in Dallas. In 2009, his client agreed to pay his firm $350.00 per hour—a discount from his unstated standard rate—for work in a breach of compensation agreement case filed in Austin by an employee. *See Garriott v. NCsoft Corp.*, No. 1:09-cv-00357 (Doc. 182-4) (Fee Agreement dated February 19, 2009 attached to Declaration of William T. Jacks) at p. 4, n. 2 (W.D. Tex. Austin) ("$350/hr. for Taj's services" and "Please note that these rates are discounted from our standard rates"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 34.60% higher in 2021 versus 2009 (a $121.10 difference).[6] Adjusted *only* for such inflation from the year of this fee agreement (2009) to the end of 2021, that $350 hourly rate for Mr. Clayton is $471.10.

* **Lawrence Morales II (class of '05):** Mr. Morales works in San Antonio. He is certified by the Texas Board of Legal Specialization as a labor and employment law specialist. On March 19, 2019, Judge David Briones granted Mr. Morales's law firm's request for attorneys' fees in an El Paso FLSA case. *See Bally v. Dreams Cabaret, LLC*, No. EP-CV-30-DB (Doc. 93) at p. 1 (W.D. Tex. El Paso)

---

[4] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=425

[5] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=465

[6] https://www.officialdata.org/Legal-services/price-inflation/2009-to-2021?amount=350

("Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted."). This amount of fees granted was based, in part, on Mr. Morales's requested rate of $450 per hour. *See id.* (Doc. 92) at pp. 6 & 7 ("Plaintiff's Motion for Attorneys' Fees and Costs and for Entry of Final Judgment") ("Based on the lodestar analysis, Plaintiffs seek $111,084.50 in attorneys' fees . . . Mr. Morales and Ms. Hartry performed all attorney work on this case. Mr. Morales's billing rate of $450 per hour is reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (an $11.88 difference).[7] Adjusted *only* for such inflation from the year of Judge Briones's ruling (2019) to the end of 2021, that $450.00 hourly rate for Mr. Morales is $461.88.

**\* Don J. Foty (class of '06):** Mr. Foty works in Houston. His online biography notes that his areas of practice include wage and hour cases. On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr. Foty's rate of $400 per hour. *See id.* (Doc. 19) at p. 2 (motion for fees and costs) ("Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . 29.2 hours for Don Foty, attorney in charge, at the rate of $400 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $47.72 difference).[8] Adjusted *only* for such inflation from the year of Judge Pitman's fee award (2016) to the end of 2021, that $400.00 hourly rate for Mr. Foty is $447.72.

**\* Christopher Willett (class of '09):** Mr. Willett works in Austin. On August 10, 2020, Magistrate Judge Susan Hightower ruled that $405.00 per hour was a reasonable rate for Mr. Willett's work in an Austin FLSA case. *See Barrientos v. Mikatsuki Int'l, Inc.*, No. 1:18-CV-00934-RP (Doc. 38) at p. 10, 2020 WL 4581883 (W.D. Tex. Austin) (noting time records "5.5 hours of work by licensed attorney Christopher J. Willett at $405 per hour ($2,227.50)" and ruling: "After carefully reviewing the time records and declaration, the Court finds the hours expended on the case, and the hourly rates charged, are reasonable."). On September 4, 2020, Judge Robert Pitman adopted Magistrate Judge Susan

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=450

[8] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=400

Hightower's report and recommendation that fees be awarded on that rate. *See id.* (Doc. 39) at p. 2 ("the Court accepts and adopts the report and recommendation as its own order."). On May 13, 2020, Judge Sam Sparks ruled Mr. Willett's requested fees were reasonable in an Austin FLSA case. *See Raya v. Yocham*, No. 1:17-cv-00820 (Doc. 33) at p. 5 (W.D. Tex. Austin) ("The Court also concludes Mr. Willett has shown the rates he charged is appropriate for the Austin, Texas community and is in line with fees awarded by judges in this District under similar circumstances."). The requested rate ruled reasonable was $405.00 per hour. *See id.* Plaintiff's Motion for Default Judgment Against Defendant Howard Yocham and Capitol Area Resources Corp. (Doc. 28) at p. 13 ("Willett's declaration sets forth the market rates in the Austin area, as well as the credentials, experience, and expertise of each attorney whose work is the basis of Plaintiffs' motion for attorney fees. (Ex. C, ¶ 3). The recorded lodestar includes 17.2 hours at the rate of $405 per hour for attorney Christopher Willett, for a total of $6,966.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $6.22 difference).[9] Adjusted *only* for such inflation from the year of these rulings (2020) to the end of 2021, that $405.00 hourly rate for Mr. Willett is $411.22.

* **Kristen Elizondo (class of '07):** Ms. Elizondo works in San Antonio. Her online biography notes that prior to joining her current law firm, her practice "focused on general civil defense and employment litigation." On February 16, 2012, Judge Harry Lee Hudspeth awarded $315 per hour for work she did in an Equal Pay Act case. *See Wojcik v. Ameripath San Antonio 5.01(A) Corp.*, No. SA-10-CA-335-H (Doc. 74) at p. (W.D. Tex. San Antonio) (". . . , the Court finds that the following are reasonable amounts for the services of each professional: . . . Ms. Elizondo: 10.29 hours x $315 per hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $73.61 difference).[10] Adjusted *only* for such inflation from the year of Judge Hudspeth's fee award (2012) to the end of 2021, that $315 hourly rate for Ms. Elizondo is $388.61.

* **Eric Johnston (class of '05):** Mr. Johnston works in Austin. His online biography notes that he focuses his practice on "employment counseling and litigation" among other areas. On March 7, 2012, Magistrate Judge John Primomo issued a report and recommendation in a San Antonio wrongful discharge from employment case — recommending dismissal of the lawsuit as a frivolous one and for imposition of sanctions. *See Sladcik v. MK Marlow Co., LLC*, No. SA-

---

[9] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=405

[10] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=315

11-CA-529-FB (Doc. 26) at p. 10 (W.D. Tex. San Antonio) ("[T]his lawsuit should be dismissed with prejudice. Also, as sanctions under Rule 11, plaintiff should be ordered to pay to defendants the attorneys fees they incurred as a result of defending this suit. Within the 14-day time period for responding to this Memorandum and Recommendation, defendants should file an Advisory establishing, by affidavit and other proof, the amount of attorneys' fees to which they are entitled."). Defendants filed an "Advisory to the Court Regarding Attorneys' Fees." *See id.* (Doc. 30). With that filing, Defendants submitted unredacted fee bills and the Affidavit of Michael Shaunessy — noting hourly rates for attorneys involved. *See id.* (Docs. 30-1) at p. 3, ¶ 5 ("The rates charged by Sedgwick firm in association with this case are as follows: the hourly rate for partners is between $390 and $430; the hourly rate for associates is $310; . . . ."); *see also id.* (Doc. 30-5) (billing statements). As only one other partner—and one associate—are mentioned in the affidavit, it is assumed that Mr. Shaunessy's rate was $430, his less-experienced partner Maria Karos was $390, and his associate Eric Johnston was $310. On March 29, 2012, Judge Fred Biery adopted the report and recommendation granting the request for fees. *See id.* (Doc. 32). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (a $72.44 difference).[11] Adjusted *only* for such inflation from the year of this billing and court determinations (2012) to the end of 2021, that $310 hourly rate for Mr. Johnston is $382.44.

## * Stephanie S. Rojo (class of '03): Ms. Rojo works in Austin. Her

online biography states that she "represents employers and their leadership in discrimination and retaliation lawsuits and charges of discrimination, wage claims, suits for breach of contract and various employment-related torts, and suits for violation of state and federal statutes, such as the FLSA, the FMLA, WARN, and the Texas workers' compensation retaliation statute." On February 7, 2018, she sought fees as sanctions in an Austin Equal Pay Act and alleged employment discrimination case involving a pro se plaintiff. *See Phillips v. Austin Diagnostic Clinic Surgery Center*, No. 1:17-cv-00940 (Doc. 18) (W.D. Tex. Austin) (Defendant Austin Diagnostic's Brief in Support of Motion for Attorneys' Fees Pursuant to Local Rule CV-7). The rate Ms. Rojo sought was $350.00 per hour for work listed on a firm invoice attached to her affidavit—a rate she testified her client actually incurred in 2017. *See id.* (Doc. 18-2) at p. 7 (Invoice dated February 7, 2018: "Stephanie Rojo Partner 14.30 hours 350"); *id.* (Doc. 18-1) at pp. 2–3, ¶ 7 and p. 4, ¶ 12 (Affidavit of Stephanie S. Rojo) ("I began representing Austin Diagnostic in this case on or around February 2017, and a reasonable billing rate for a counsel with my experience is $350 per hour in this case. . . . In my opinion, these attorneys' fees incurred and to be incurred by Austin Diagnostic are reasonable, customary, and necessary when judged by the standards for fees and related expenses in the State of Texas."). Judge Sam Sparks, however, limited the fees

---

[11] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=310

awarded to ten hours and assigned an associate rate of $250.00 per hour. *See id.* (Doc. 21) at p. 5 (Order of March 1, 2018: "Given the minimal amount of work necessary to defend this lawsuit, the Court estimates approximately ten hours of work were required to draft Austin Diagnostic's seven-page motion to dismiss. The Court adopts the reasonable hourly rate provided by Austin Diagnostic for an associate lawyer, $250 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a $28.28 difference from the rate *incurred*).[12] Adjusted *only* for such inflation from the year of this incurred billing (2017) to the end of 2021, that $350.00 hourly rate for Ms. Rojo is $378.28.

\* Adam D. Boland (class of '04): Mr. Boland works in San Antonio. His online biography states that he "focuses his practice representing employers in all aspects of employment law." In 2010, he testified that his hourly rate for work in defending a San Antonio FLSA case was $290 per hour. *See Borzello v. Texas Shine, Inc.*, No. SA-cv-0026-XR (Doc. 13-7) at p. 2, ¶¶ 4-5 (W.D. Tex. San Antonio) (Affidavit of Adam D. Boland: "I am an attorney of record for Defendant Texas Shine, Inc. ('TSI'). . . . My hourly rate on this matter is $290 an hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 29.93% higher in 2021 versus 2010 (a $86.81 difference).[13] Adjusted *only* for such inflation from the year of this billing (2010) to the end of 2021, that $290 hourly rate for Mr. Boland is $376.81.

\* Emily Frost (class of '02): Ms. Frost works in Austin. Her online biography notes that she "helps employers and employees resolve their employment disputes so everyone can get back to work." On July 9, 2021, Judge James R. Nowlin ruled that her rate of $375 per hour for work done prosecuting an Austin FLSA case was appropriate in the community. *See Menefee v. N-Title, LLC*, No. A-19-CV-00737-JRN (Doc. 64) at p. 20 (W.D. Tex. Austin) ("Plaintiff submits an affidavit from Emily Frost. Ms. Frost's affidavit states her rate during this case was $325 per hour until 2021 when it increased to $375 per hour, that she has practiced law since 2002, and that she is Board Certified in Labor and Employment Law. . . . The Court finds that the hourly rates charged in this case are appropriate hourly rates in the community for this type of work.").

\* Mauro Ramirez (class of '07): Mr. Ramirez works in Houston. His online biography notes that he "represents individuals who have been denied their rights in the workplace." On September 20, 2011, Judge Philip R. Martinez

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=350

[13] https://www.officialdata.org/Legal-services/price-inflation/2010-to-2021?amount=290

granted fees as a sanction for work in an El Paso employment discrimination and retaliation case. *See Santana v. Bergelectric Corp.*, No. EP-CV-281-PRM (Doc. 24) at p. 5 (W.D. Tex. El Paso) ("the Court is of the opinion that one hour's preparation is appropriate; therefore reasonable expense for preparation is $290."). This was the rate Mr. Ramirez's law firm requested for Mr. Ramirez's time. *See id.* (Doc. 18) at p. 4 ("Defendant's Submission of Fees and Costs Associated with the Status Conference of August 31, 2011") (using $290 per hour as rate and stating: "I further certify that the hourly rate noted hereinabove reflects the actual rate charged to the client; and that it reflects the usual and customary rate billed by me to Bergelectric on this case."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 25.87% higher in 2021 versus 2011 (a $75.03 difference).[14] Adjusted *only* for such inflation from the year of Judge Martinez's ruling (2011) to the end of 2021, that $290.00 hourly rate for Ms. Ramirez is $365.03.

**\* Gregory Placzek (class of '09):** Mr. Placzek presently works in Arkansas but previously worked in San Antonio. His online biography notes that he "has represented thousands of employees in his career as an employment attorney." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for his work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17 (W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually[.]"). The fees request was based on the rate of $350.00 per hour. *See id.* Declaration Under Penalty of Perjury of Colin W. Walsh (Doc. 152-1) at p. 7, ¶ 15 ("His rate now in the San Antonio market, based on the qualifications he possessed when he charged time in this matter, would be $395/hour, but the firm has elected in this motion to seek fees for his time at $350/hour, which is a reasonable rate."); *see also id.* Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs (Doc. 171) at p. 3 (seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (an $9.24 difference).[15] Adjusted *only* for such inflation from the year of Judge Lamberth's ruling (2019) to the end of 2021, that $350.00 hourly rate for Mr. Placzek is $359.24.

**\* Vanessa Kinney (class of '07):** Ms. Kinney works in Little Rock, Arkansas but her law firm keeps an office in San Antonio. Her online biography notes that she "focuses her practice primarily in the area of employment law." On

---

[14] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=350

[15] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=350

August 14, 2019, Judge Royce C. Lamberth awarded Ms. Kinney's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on Ms. Kinney's rate of $350.00 per hour. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sanford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168)) (listing rate: "Kinney, V. $350.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $9.24 difference).[16] Adjusted *only* for such inflation from the year of Judge Lamberth's finding (2019) to the end of 2021, that $350.00 hourly rate for Ms. Kinney is $359.24.

\* Kerry O'Brien (class of '02): Mr. O'Brien works in Austin. His online biography notes that his law firm "is dedicated to helping Texas employees." On April 25, 2014, Judge Sam Sparks ruled that the requested rate of $300 per hour for Mr. O'Brien's work in an Austin FLSA case was reasonable. *See Rivera v. Eloy Herrera*, No. A-12-CA-1080-SS (Doc. 35) at p. 2 (W.D. Tex. Austin) ("Rivera's counsel represents he spent 16.3 hours on this case, and his legal assistant spent 0.9 hours on the case. Their respective hourly rates are $300 and $125. The Court finds these amounts to be reasonable, and awards the lodestar figure of $5,002.50."); *id.* (Doc. 31) at p. 5 ("Plaintiff's Motion for Attorney's Fees") ("Therefore, in accordance with the evidence, the Court is requested to award attorney fees . . . , which includes 16.3 hours by Kerry O'Brien multiplied by $300 / hour . . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (an $52.64 difference).[17] Adjusted *only* for such inflation from the year of Judge Sparks's ruling (2014) to the end of 2021, that $300.00 hourly rate for Mr. O'Brien is $352.64.

\* Meredith Black-Matthews (class of '06): Ms. Black-Matthews works in Dallas. Her online biography states that she handles wage and hour cases. On December 8, 2015, Judge David Alan Ezra ruled that $300.00 per hour was a reasonable rate for Ms. Black-Matthews's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be

---

[16] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=350

[17] https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=300

reasonable and customary for this type of litigation . . . Meredith Matthews . . . $300[.]"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $47.12 difference).[18] Adjusted *only* for such inflation from the year of Judge Ezra's ruling (2015) to the end of 2021, that $300.00 hourly rate for Ms. Black-Matthews is $347.12.

\* Carmen Artaza (class of '06): Ms. Artaza works in Dallas and her online biography notes that she has "practiced employment law exclusively since graduating law school in 2006." On July 5, 2012, Judge Lee Yeakel awarded $275 per hour for work Ms. Artaza did in an Austin FLSA case. *See Flowers v. Interra Hydro, Inc.*, No. 1:11-CV-421-LY (Doc. 35) at p. 3 (W.D. Tex. Austin) ("Thus, Flowers's rates of $275 per-hour for associates Artaza and . . . are sustained."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 23.37% higher in 2021 versus 2012 (an $64.26 difference).[19] Adjusted *only* for such inflation from the date of Judge Yeakel's award (2012) to the end of 2021, that $275 hourly rate for Ms. Artaza is $339.26.

\* Aaron Johnson (class of '08): Mr. Johnson works in Austin where he represents low-income workers. On June 13, 2016, Judge Robert Pitman granted fees at the rates requested in a San Antonio FLSA case. *See Mohammadi v. Nwabuisi*, No. 5:12-cv-00042 (Doc. 148) at p. 9 (W.D. Tex. San Antonio) ("In light of these precedents, the Court concludes rates requested by Plaintiff and used in her lodestar calculation are reasonable and appropriate given the prevailing rates in the local legal market."). The hourly rate requested for Mr. Johnson's work was $300.00. *See id.* Plaintiff's Third Motion for Attorney's Fees and Costs (Doc. 136) at p. 5 ("In this motion, Plaintiff's Counsel seeks the following rates in order to account for attorney tenure and current legal market conditions: Mr. Moss at $280/hour, Mr. Johnson at $300/hour . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $35.79 difference).[20] Adjusted *only* for such inflation from the year of Judge Pitman's ruling (2016) to the end of 2021, that $300.00 hourly rate for Mr. Johnson is $335.79.

---

[18] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=300

[19] https://www.officialdata.org/Legal-services/price-inflation/2012-to-2021?amount=275

[20] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=300

\* **Manuel Quinto-Pozos (class of '07):** Mr. Quinto-Pozos works in Austin. His online biography states that he "practices employee-side labor and employment law, and focuses on claims including employment discrimination, harassment, retaliation, wage and overtime, and union representation." On April 29, 2016, Judge Karin Crump awarded fees for work done in an Austin employment discrimination and retaliation case. *See Vigil v. City of Austin, Texas*, Cause No. D-1-GN-13-001742 (200th Judicial District Court for Travis County, Texas) (Final Judgment at p. 4) ("Based upon the evidence presented to the Court, and the arguments of counsel, Plaintiff's motion for reasonable attorneys' fees and costs is hereby granted."). The fees requested and granted used an hourly rate of $300.00 for Mr. Quinto-Pozos's work. *See id.* (Plaintiff's Motion for Entry of Judgment & Award of Attorneys' Fees) at p. 3. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $35.79 difference).[21] Adjusted *only* for such inflation from the year of Judge Crump's ruling (2016) to the end of 2021, that $300.00 hourly rate for Mr. Quinto-Pozos is $335.79.

\* **Matt Bachop (class of '06):** Mr. Bachop works in Austin. His online biography notes that his practice areas include employment law. On April 29, 2016, Judge Karin Crump awarded fees for work done in an Austin employment discrimination and retaliation case. *See Vigil v. City of Austin, Texas*, Cause No. D-1-GN-13-001742 (200th Judicial District Court for Travis County, Texas) (Final Judgment at p. 4) ("Based upon the evidence presented to the Court, and the arguments of counsel, Plaintiff's motion for reasonable attorneys' fees and costs is hereby granted."). The fees requested and granted used an hourly rate of $300.00 for Mr. Bachop's work. *See id.* (Plaintiff's Motion for Entry of Judgment & Award of Attorneys' Fees) at p. 3. According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $35.79 difference).[22] Adjusted *only* for such inflation from the year of Judge Crump's ruling to the end of 2021, that $300.00 hourly rate for Mr. Bachop is $335.79.

\* **Alexander M. Baggio (class of '09):** Mr. Baggio's online biography states that he "has worked on class and collective actions across the country, including those involving Rule 23 and the Fair Labor Standards Act (FLSA), as well as claims arising from employment contracts." Mr. Baggio is based in Minneapolis. On November 10, 2015, Judge Sam Sparks determined $275.00 was a reasonable hourly rate for work Mr. Baggio did in an Austin FLSA case. *See Clark v. Centene Corp.*, No. 1:12-cv-00174-SS (Doc. 180) at p. 16 (W.D. Tex. Austin)

---

[21] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=300

[22] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=300

("Centene does not raise any specific objection to the hourly rate of $275 claimed by Alexander Baggio, and the Court finds it reasonable for the same reasons."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $43.20 difference).[23] Adjusted *only* for such inflation from the year of Judge Sparks's finding (2015) to the end of 2021, that $275.00 hourly rate for Mr. Baggio is $318.20.

---

[23] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=275

## Classes of the 2010s



# 14

**lawyers listed**

# $351.83

**average rate**

# $319.16

**median rate**

## Classes of the 2010s: The Rates


**$600.44***
Colin W. Walsh
(JD 2011)


$335.79*
John Neuman
(JD 2012)


$293.87*
Michael L. Parsons
(JD 2011)


$440.00*
Andrew Vickers
(JD 2012)


$324.91*
Alicia M. Grant
(JD 2016)


$282.26*
Allison Hartry
(JD 2012)


$414.55*
Corey E. Tanner
(JD 2011)


$313.40*
Phillip J. Moss
(JD 2010)


$270.20*
Collin Wynne
(JD 2010)


$405.43*
Jairo N. Castellanos
(JD 2015)


$310.91*
Melinda Arbuckle
(JD 2011)


**$260.34***
Jay Forester
(JD 2013)


$365.53*
Caitlin Boehne
(JD 2012)


$307.92*
Steve Rauls
(JD 2011)

## Classes of the 2010s: The Work



**\* Colin W. Walsh (class of '11):** Mr. Walsh works in Austin. His online biography states that his "practice focuses on representing workers against employers in cases involving discrimination, retaliation, unpaid wages, unpaid overtime, contract disputes, and whistleblowing actions." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for Mr. Walsh's work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at pp 14–15, 17 (W.D. Tex. San Antonio) ("For these efforts, Johnson's attorneys charge rates from $125 to $585 depending on the particular lawyer's experience, reputation, and ability; the weighted average hourly rate is roughly $445 . . . To support these rates' reasonableness, Walsh provides an affidavit from a disinterested fee-paying San Antonio client acknowledging he currently pays Walsh $585 hourly to litigate federal employment matters in San Antonio. . . . Southwest Research argues those rates are too high, citing the Texas state bar's four-year-old survey listing a $258 median hourly rate for San Antonio employment lawyers and a $250 median hourly rate for small San Antonio law firms, and noting only 5.1% of attorneys bill over $500 hourly. . . . Whatever probative value this survey has, it does not erode the evidence supporting the rates' reasonableness, particularly since other judges in this district have approved much higher hourly rates for less complicated cases . . . To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, . . ."). The fees request was based, in part, on Mr. Walsh's stated rate of $585.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 12 (Declaration Under Penalty of Perjury of Colin W. Walsh: "My current hourly rate—a rate that clients pay me when they choose representation on an hourly basis rather than on a contingency fee basis—is $585/hour. I charge and receive this rate in the Austin market (where I office) *and* in the San Antonio market (where I frequently have clients)."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $15.44 difference).[1] Adjusted *only* for such inflation from the year

---

[1]  https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=585

of Judge Lamberth's fee award (2019) to the end of 2021, that $585.00 hourly rate for Mr. Walsh is $600.44.

\* **Andrew Vickers (class of '12):** Mr. Vickers works in Austin. His online biography states that his experience includes labor and employment matters. In 2021, he billed for work at the hourly rate of $440 in an Austin employment case involving claims of wrongful employment termination and defamation. *See* Second Supplemental Declaration of Andrew Vickers, filed in *Lanham v. AWR Servs., Inc.*, No. D-1-GN-20-003923 (419th Judicial District Court for Travis County, Texas) (filed April 8, 2021) at p. 2, ¶ 4 ("By agreement with our client, the current hourly billing rate for services performed from January 1, 2021 through March 11, 2020 for this matter is $440 for me (a partner), $790 for Eric Taube (a partner), and $205 for Ann Marie Jezisek and Kristen Warner (paralegals). I am familiar with rates charges by attorneys in Texas for litigation matters and these rates are reasonable when compared to customary rates in Texas for lawsuits such as this one.").

\* **Corey E. Tanner (class of '11):** Ms. Tanner works in Austin and her online biography notes that her practice areas include labor and employment law. On December 18, 2020, in a Dallas case involving allegations of race discrimination in employment, there was testimony stating her standard hourly rate in 2018 and 2019 was approximately $400.00 per hour. *See Ibarra v. Jacobs Eng. Group, Inc.*, No. 3:19-cv-01437-C (Doc. 41-1) at p. 12, ¶ 21 (N.D. Tex. Dallas) (Declaration of John M. Barcus: "Prior to my involvement in the lawsuit, Corey E. Tanner, an associate in the Firm's Austin office who became licensed to practice law in Texas in 2011, performed the majority of the work on the case. Her standard rate for 2018 and 2019 was approximately $400."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018 (a $14.55 difference).[2] Adjusted *only* for such inflation from the year of this stated rate in 2018 to the end of 2021, that $400.00 hourly rate for Ms. Tanner is $414.55.

\* **Jairo N. Castellanos (class of '15):** Mr. Castellanos works in Austin. His online biography states that his "practice focuses on representing employees, both private and public, against employers in discrimination cases." On August 23, 2019, Judge Royce C. Lamberth granted fees requested for Mr. Castellanos's work in a San Antonio employment discrimination and retaliation case. *See Johnson v. Southwest Research Institute*, No. 5:15-cv-297 (Doc. 176) at p. 17

---

[2] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=400

(W.D. Tex. San Antonio) ("To review: Southwest Research must pay Johnson $535,609.47 in fees and costs, plus 2.324% interest beginning on May 23, 2019 and compounded annually[.]"). The fees request was based, in part, on Mr. Castellanos's stated rate of $395.00 per hour. *See id.* (Doc. 152-1) at p. 6, ¶ 14 (Declaration Under Penalty of Perjury of Colin W. Walsh: "The firm's current (since January 2017) rate for associate Jairo N. Castellanos is $395/hour. This is the rate the firm charges and receives for Mr. Castellanos's time in the San Antonio market."); *see also id.* (Doc. 171) at p. 3 (Plaintiff's Supplemental Motion for Reasonable Attorneys' Fees and Costs seeking "Post-judgment interest on $536,430.77 (the combined award of fees and costs)"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $10.43 difference).[3] Adjusted *only* for such inflation from the year of Judge Lamberth's award (2019) to the end of 2021, that $395.00 hourly rate for Mr. Castellanos is $405.43.

\* Caitlin Boehne (class of '12): Ms. Boehne works in Austin. Her online biography notes that she litigates unpaid wage claims for low-income workers. On August 10, 2020, Magistrate Judge Susan Hightower ruled that $360.00 per hour was a reasonable rate for Ms. Boehne's work in an Austin FLSA case. *See Barrientos v. Mikatsuki Int'l, Inc.*, No. 1:18-CV-00934-RP (Doc. 38) at p. 10, 2020 WL 4581883 (W.D. Tex. Austin) (noting time records "14.7 hours of work by licensed attorney Caitlin Boehne at a rate of $360 per hour (totaling $5,112, after write-offs and reductions) . . ." and ruling "After carefully reviewing the time records and declaration, the Court finds the hours expended on the case, and the hourly rates charged, are reasonable."). On September 4, 2020, Judge Robert Pitman adopted Magistrate Judge Susan Hightower's report and recommendation that fees be awarded on that rate. *See id.* (Doc. 39). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $5.53 difference).[4] Adjusted *only* for such inflation from the year of these court rulings (2020) to the end of 2021, that $360.00 hourly rate for Ms. Boehne is $365.53.

\* John Neuman (class of '12): Ms. Neuman works in Houston. His online biography notes that the "primary focus of John's practice is the recovery of unpaid wages." On January 8, 2016, Judge Robert Pitman awarded fees in a San Antonio FLSA case. *See Sifuentes v. Green Energy Oilfield Servs., LLC*, No. 5:15-CV-752 RP (Doc. 21) (W.D. Tex. San Antonio) ("Plaintiff is awarded $17,714 as reasonable attorneys' fees and costs."). Those fees were based, in part, on Mr.

---

[3] https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=395

[4] https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=360

Neuman's rate of $300 per hour. *See id.* (Doc. 19) at p. 2 (motion for fees and costs) ("Plaintiff asserts (and Defendant is not disputing) that the Plaintiff's reasonable attorney's fees and costs are $17,714.00. Included in this amount are the following: . . . 27.4 hours for John Neuman, associate, at the rate of $300 per hour;"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $35.79 difference).[5] Adjusted *only* for such inflation from the year of Judge Pitman's fee award (2016) to the end of 2021, that $300.00 hourly rate for Mr. Neuman is $335.79.

* **Alicia M. Grant (class of '16):** Ms. Grant works in San Antonio. Her online biography states that her "practice focuses on all aspects of product liability actions, mass torts, and complex commercial litigation in state and federal courts, including class actions and multi-district litigation." In 2020, her law firm billed her work in a San Antonio employment termination case to a client at the hourly rate of $320.00. *See Yadav v. Frost Bank*, No. 5:20-CV-00005-FB-ESC (Doc. 42-4) at p. 2, ¶¶ 2 & 4 (W.D. Tex. San Antonio) (Affidavit of Mario A. Barrera: "I am counsel of record for Defendant Frost Bank ("Frost") in the above-referenced lawsuit. I am a Partner at Norton Rose Fulbright US LLP ("NRF"). . . . Frost has agreed to compensate NRF for the firm's work on this lawsuit based on an hourly fee. . . . Alicia M. Grant, Associate at NRF, has spent 2.4 hours reviewing cases and the hearing transcript and preparing the Motion. Ms. Grant's hourly rate is $320."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 1.53% higher in 2021 versus 2020 (a $4.91 difference).[6] Adjusted *only* for such inflation from the year of this billing (2020) to the end of 2021, that $320 hourly rate for Ms. Grant is $324.91.

* **Philip J. Moss (class of '10):** Mr. Moss currently works in San Antonio for the United States Equal Employment Opportunity Commission—and previously worked in San Antonio for the Equal Justice Center, where he represented low-wage earners in employment matters. On June 13, 2016, Judge Robert Pitman granted fees at the rates requested in a San Antonio FLSA case. *See Mohammadi v. Nwabuisi*, No. 5:12-cv-00042 (Doc. 148) at p. 9 (W.D. Tex. San Antonio) ("In light of these precedents, the Court concludes rates requested by Plaintiff and used in her lodestar calculation are reasonable and appropriate given the prevailing rates in the local legal market."). The hourly rate requested for Mr. Moss's work was $280.00. *See id.* (Doc. 136) at p. 5 (Plaintiff's Third Motion for

---

[5]  https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=300

[6]  https://www.officialdata.org/Legal-services/price-inflation/2020-to-2021?amount=320

Attorney's Fees and Costs) ("In this motion, Plaintiff's Counsel seeks the following rates in order to account for attorney tenure and current legal market conditions: Mr. Moss at $280/hour, Mr. Johnson at $300/hour[.] . . ."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 11.93% higher in 2021 versus 2016 (a $33.40 difference).[7] Adjusted *only* for such inflation from the year of Judge Pitman's ruling on rates (2016) to the end of 2021, that $280 hourly rate for Mr. Moss is $313.40.

\* **Melinda Arbuckle (class of '11):** Ms. Arbuckle works in Dallas. Her online biography states that she "represents workers who have not received all of the pay they were owed by their employers." On September 20, 2018, Judge Alia Moses ruled that a reasonable hourly rate for her work in a Del Rio FLSA case was $300 per hour. *See Cruz v. Maverick County*, No. DR-14-CV-050-AM (Doc. 115) at p. 8 (W.D. Tex. Del Rio) ("Based on all of these factors, the Court finds that the lodestar amount for both Mr. Levy and Ms. Arbuckle should be adjusted downward. The Court finds that a reasonable hourly fee for both attorneys is $300 per hour."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 3.64% higher in 2021 versus 2018 (a $10.91 difference).[8] Adjusted *only* for such inflation from the year of Judge Moses's finding (2018) to the end of 2021, that $300 hourly rate for Ms. Arbuckle is $310.91.

\* **Steve Rauls (class of '11):** Mr. Rauls works in Little Rock, Arkansas but his law firm keeps an office in San Antonio. His online biography notes that he "primarily represents employees who have been denied their full pay." On August 14, 2019, Judge Royce C. Lamberth awarded Mr Rauls's law firm fees for work in a San Antonio FLSA case. *See Moore v. Performance Pressure Pumping Servs., LLC*, No. 5:15-cv-432-RC (Doc. 174) at p. 1 (W.D. Tex. San Antonio) ("The Court finds that the Plaintiffs should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas"). That award was premised, in part, on the requested rate of $300 per hour for Mr. Rauls's time. *See id.* (Doc. 168-1) at p. 5, ¶ 16 (Declaration of Attorney Josh Sanford filed as an attachment to Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. 168)) (listing rate: "Rauls, S. $300.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices

---

[7] https://www.officialdata.org/Legal-services/price-inflation/2016-to-2021?amount=280

[8] https://www.officialdata.org/Legal-services/price-inflation/2018-to-2021?amount=300

for legal services are 2.64% higher in 2021 versus 2019 (a $7.92 difference).[9] Adjusted *only* for such inflation from the year of Judge Lamberth's fee award (2019) to the end of 2021, that $300.00 hourly rate for Mr. Rauls is $307.92.

\* **Michael L. Parsons (class of '11):** Mr. Parsons works in Austin. On October 8, 2014, Judge Xavier Rodriguez ruled $250.00 per hour was a reasonable rate for Mr. Parson's work in a San Antonio FLSA case. *See Meesook v. Grey Canyon Family Medicine, P.A.*, No. 5:13-cv-729-XR (Doc. 39), 2014 WL 5040133 (W.D. Tex. San Antonio) ("Plaintiff asserts that . . . $250/hour is appropriate for Michael Parsons. . . . Based on the affidavits and evidence submitted by Plaintiffs attorneys, the Court finds that the requested rates are reasonable."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 17.55% higher in 2021 versus 2014 (a $43.87 difference).[10] Adjusted *only* for such inflation from the year of Judge Rodriguez's fee award (2014) to the end of 2021, that $250 hourly rate for Mr. Parsons is $293.87.

\* **Allison Hartry (class of '12):** Ms. Hartry works in San Antonio. Her online biography notes that she focuses her practice on labor and employment law. On March 19, 2019, Judge David Briones granted Ms. Hartry's law firm's request for attorneys' fees in an El Paso FLSA case. *See Bally v. Dreams Cabaret, LLC*, No. EP-CV-30-DB (Doc. 93) at p. 1 (W.D. Tex. El Paso) ("Plaintiffs ask the Court to award them $111,084.50 in attorney's fees and enter a final judgment in this case. After due consideration, the Court is of the opinion that Plaintiffs' Motion should be granted."). This amount of fees granted was based, in part, on Ms. Hartry's requested rate of $275 per hour. *See id.* (Doc. 92) at pp. 6, 7 & 9 (Plaintiff's Motion for Attorneys' Fees and Costs and for Entry of Final Judgment: "Based on the lodestar analysis, Plaintiffs seek $111,084.50 in attorneys' fees . . . Mr. Morales and Ms. Hartry performed all attorney work on this case. . . . Ms. Hartry's standard billing rate of $275.00 per hour is reasonable. . . . During the time period most of the attorney's fees were incurred litigating this case, Ms. Hartry charged clients, and clients paid her, an hourly rate of $275.00."). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 2.64% higher in 2021 versus 2019 (a $7.26 difference).[11] Adjusted *only* for such inflation from the year of Judge

---

[9]  https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=300

[10]  https://www.officialdata.org/Legal-services/price-inflation/2014-to-2021?amount=250

[11]  https://www.officialdata.org/Legal-services/price-inflation/2019-to-2021?amount=275

Briones's ruling to the end of 2021, that $275.00 hourly rate for Ms. Hartry is $282.26.

* **Collin Wynne (class of '10):** Mr. Wynne works in Amarillo. His online biography lists several practice areas, including labor and employment. On January 30, 2017, Judge David Counts determined that the requested rate of $250.00 per hour was reasonable for work Mr. Wynne did in a Midland/Odessa FLSA case. *See Carley v. Crest Pumping Technologies, LLC*, No. 7:15-cv-00161 (Doc. 134) at p. 10 (W.D. Tex. Midland/Odessa) ("With these reductions, the Court determines the lodestar fee is $160,932.18 in fees and costs as set forth below . . . Timekeeper . . . Rate . . . Collin Wynne . . . $250.00"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 8.08% higher in 2021 versus 2017 (a $20.20 difference).[12] Adjusted *only* for such inflation from the year of Judge Counts's determination (2017) to the end of 2021, that $250 hourly rate for Mr. Wynne is $270.20.

* **Jay Forester (class of '13):** Mr. Forester works in Dallas. His online biography states that he oversees his law firm's "unpaid wages and overtime practice." On December 8, 2015, Judge David Alan Ezra ruled that $225.00 per hour was a reasonable rate for Mr. Forester's work in an Austin FLSA case. *See Rodriguez v. Mechanical Tech. Servs., Inc.*, No. 1:12-cv-00710 (Doc. 175) (W.D. Tex. Austin) ("Accordingly, the Court finds the following rates to be reasonable and customary for this type of litigation . . . Jay Forester . . . $225"). According to the Consumer Price Index for legal services as generated by the U.S. Bureau of Labor Statistics, the prices for legal services are 15.71% higher in 2021 versus 2015 (a $35.34 difference).[13] Adjusted *only* for such inflation from the year of Judge Ezra's ruling (2015) to the end of 2021, that $225 hourly rate for Mr. Forester is $260.34.

---

[12] https://www.officialdata.org/Legal-services/price-inflation/2017-to-2021?amount=250

[13] https://www.officialdata.org/Legal-services/price-inflation/2015-to-2021?amount=225



