UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| ROY PRUITT, <br><br> *Plaintiff*, <br><br> v. <br><br> FAB TECH DOWNHOLE, LLC and SHANNON D. COAN <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § C.A. No. MO:22-CV-00151-DC-RCG |

## PLAINTIFF'S SUPPLEMENTAL ACCOUNTING OF ADDITIONAL FEES

Plaintiff—Roy Pruitt—files his Supplemental Accounting of Additional Fees he incurred between January 19, 2024 and April 5, 2024 pursuant to this Court's Order. *See* ECF No. 50.

1. Plaintiff filed his Motion for Attorneys' Fees and Costs ("Motion") on January 19, 2024. *See* ECF No. 42.

2. Through that Motion, Plaintiff submitted evidence that he had incurred $85,232.50 in attorneys' fees and $3,191.52 in litigation costs and expenses. *See id.*

3. Defendants did not respond to Plaintiff's Motion.

4. Defendants instead filed a Motion for Relief from Judgment and to Enforce Settlement Agreement and a Motion to Stay. *See* ECF Nos. 44–45.

5. Plaintiff responded to both of Defendants' post-judgment motions. *See* ECF Nos. 46–47.

6. On April 5, 2024, this Court entered an order denying Defendants' Motion for Relief from Judgment and to Enforce Settlement Agreement and denying as moot Defendants' Motion for Stay. *See* ECF No. 50.

7. This Court's April 5, 2024, order also instructed Plaintiff to file a supplemental accounting of any additional fees incurred from the date he filed his Motion (January 19, 2024) through the date of the Order. *See id.*

8. Plaintiff has incurred an additional $15,175.00 in fees since the filing of the Motion. These fees were expended responding to Defendants' post-judgment motions. This amount is supported by the Supplemental Declaration of Carter Hastings, attached hereto as Exhibit A.

9. Plaintiff has not incurred any additional costs since the filing of the Motion.

## IV.  CONCLUSION

Plaintiff respectfully prays that this Court award him his reasonable and necessary attorneys' fees of $100,407.50, with their costs of $3,191.52, as required by 29 U.S.C. § 216(b).

Date:   April 19, 2024                    Respectfully submitted,

**ANDERSON ALEXANDER, PLLC**

By: /s/ *Clif Alexander*
**Clif Alexander**
State Bar No. 24064805
clif@a2xlaw.com
**Austin W. Anderson**
State Bar No. 24045189
austin@a2xlaw.com
**Lauren E. Braddy**
State Bar No. 24071993
lauren@a2xlaw.com
**Carter T. Hastings**
Texas Bar No. 24101879
carter@a2xlaw.com
101 N. Shoreline Blvd., Suite 610
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

***Attorneys in Charge for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Clif Alexander*
Clif Alexander