# Exhibit A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| **ROY PRUITT,** § | **C.A. No. MO:22-CV-00151-DC-RCG** |
| § | |
| *Plaintiff,* § | |
| § | **JURY TRIAL DEMANDED** |
| **v.** § | |
| § | |
| **FAB TECH DOWNHOLE, LLC and** § | |
| **SHANNON D. COAN** § | |
| § | |
| *Defendants.* § | |
| § | |

## SUPPLEMENTAL DECLARATION OF CARTER HASTINGS

I, Carter Hastings, being of sound mind and over the age of 18, make the following statements.

1.      The facts contained in this declaration are within my personal knowledge and are true and correct.

2.      I am an associate attorney with Anderson Alexander, PLLC, and have served as lead counsel for the Plaintiff in this case.

3.      I submit this supplemental declaration in support of the Plaintiff's Supplemental Accounting of Attorneys' Fees for Plaintiff's Motion for Attorneys' Fees and Costs ("Motion").

4.      This declaration supplements and does not replace the declaration filed in support of the Motion at ECF No. 42-1.

5.      I have reviewed the Supplemental Accounting and the facts contained therein are true and correct.

6.      Since the filing of the Motion, Plaintiff's Counsel have invested an additional twenty-eight point three (28.3) hours in the litigation of this matter, after the exercise of billing discretion, for a fee amount of $15,175.00. I have not submitted any time that was expended on an issue upon which Plaintiff was not ultimately successful.

7.      The supplemental billing records for Anderson Alexander, PLLC are hereby attached as Exhibit 1.

8.      The lodestar in this matter is conservatively $100,407.50.

9.      Plaintiff has not incurred any additional costs since the filing of the Motion.

10.      I declare under the penalty of perjury that the foregoing information is true and correct.


Executed on: <u>4/19/24 15:22</u> CDT          Signed by: _____
                                                                                *Carter T. Hastings*
                                                                   Carter Hastings

# Exhibit 1

## Time Records for Anderson Alexander, PLLC

| Date | Time-Keeper | Task | Time | Rate | Fee |
|---|---|---|---|---|---|
| 2/1/24 | Carter Hastings | Updated Client on anticipated time line. Client informed me of Defendant Coans attempt to contact him personally. | 0.40 | $450.00 | $ 180.00 |
| 2/2/24 | Carter Hastings | Discussed case with LB and WCA, anticipated response for attorney fee motion, and discussed Defendant Coan's attempted directed communications with Plaintiff. | 0.3 | $450.00 | $ 135.00 |
| 2/2/24 | Lauren Braddy | Discuss status of case with C. Hastings and C. Alexander and discuss individual defendant's contacts with Plaintiff | 0.3 | $550.00 | $ 165.00 |
| 2/2/24 | Clif Alexander | Confer with LB and CH re Defendant's improper communications with client and discuss next steps | 0.3 | $650.00 | $ 195.00 |
| 2/5/24 | Lauren Braddy | Confer with litigation team regarding the sealed filing and case status and subsequently review motion, analyze effect on appellate deadlines, and discuss response | 1.4 | $550.00 | $ 770.00 |
| 2/5/24 | Cliff Gordon | Speak with Hastings, Braddy, and Alexander regarding sealed motion to correct/motion to effect, attention to plaintiff's position | 1.4 | $550.00 | $ 770.00 |
| 2/5/24 | Clif Alexander | Review sealed filing and confer with team regarding implications and strategy | 1.4 | $650.00 | $ 910.00 |
| 2/5/24 | Carter Hastings | Meeting over Defendants' filing with LB, WCA, and CG. Discussed what the filing could be and whether an unsealed copy had been sent to the office. Checked with office staff to see if a copy had been mailed or emailed. | 0.4 | $450.00 | $ 180.00 |
| 2/5/24 | Carter Hastings | Emailed Marc Williams and requested copy of the sealed motion. | 0.1 | $450.00 | $ 45.00 |
| 2/5/24 | Carter Hastings | Read and discussed motion with WCA and LB. Discussed what our response would be and what documents or emails we needed to gather for the response. | 1 | $450.00 | $ 450.00 |
| 2/5/24 | Lauren Braddy | Review Sealed Motion to Correct/Motion to Enforce and prepare skeleton outline of response | 1.20 | $550.00 | $ 660.00 |
| 2/6/24 | Carter Hastings | Call with Client updating him on status of case. Informed him of Defendants' filing. | 0.4 | $450.00 | $ 180.00 |
| 2/6/24 | Carter Hastings | Answered call from Marc Williams regarding Defendants' motion to stay, confirmed Plaintiff opposed such relief. | 0.2 | $450.00 | $ 90.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/7/24 | Carter Hastings | Read Defendants' motion to stay. | 0.5 | $450.00 | $ 225.00 |
| 2/8/24 | Carter Hastings | Call with Client updating him on current status of case, informed him about Defendants' motion to stay. | 0.2 | $450.00 | $ 90.00 |
| 2/13/24 | Cliff Gordon | Review and outline Motion to Stay | 2.00 | $550.00 | $ 1,100.00 |
| 2/13/24 | Cliff Gordon | Draft response to Defendants' Motion to Stay | 2.50 | $550.00 | $ 1,375.00 |
| 2/14/24 | Carter Hastings | Discussed response to the motion to stay with LB and CG. | 0.3 | $450.00 | $ 135.00 |
| 2/14/24 | Carter Hastings | Reviewed emails, time records, and put together a detailed timeline of events for use in the Response in Opposition to Defendant's Motion to enforce. | 1.2 | $450.00 | $ 540.00 |
| 2/14/24 | Carter Hastings | Reviewed and edited CG's draft of the Response to Motion to Stay. | 0.2 | $450.00 | $ 90.00 |
| 2/15/24 | Lauren Braddy | Perform preliminary research for response to Def's' Motion to Correct/Motion to Enforce | 0.80 | $550.00 | $ 440.00 |
| 2/16/24 | Lauren Braddy | Draft response to Defendants' Motion to Correct/Motion to Enforce | 4.20 | $550.00 | $ 2,310.00 |
| 2/16/24 | Carter Hastings | Reviewed and edited declaration in support of response in opposition to motion to enforce. | 0.5 | $450.00 | $ 225.00 |
| 2/20/24 | Lauren Braddy | Finalize draft response to Defendants' Motion to Correct/Motion to Enforce, review and incorporate CTH's declaration, and prepare for filing | 2.80 | $550.00 | $ 1,540.00 |
| 2/21/24 | Carter Hastings | Answered call from Marc Williams regarding new offer from Defendants. | 0.2 | $450.00 | $ 90.00 |
| 2/21/24 | Carter Hastings | Call with Client updating him on current status of case. | 0.3 | $450.00 | $ 135.00 |
| 2/21/24 | Carter Hastings | Meeting with AWA on case. Discussed Defendants' offer and status of the case. Jointly called client to discuss offer. Jointly called Marc Williams | 1 | $450.00 | $ 450.00 |
| 2/21/24 | Carter Hastings | Emailed Marc Williams rejection of latest offer | 0.1 | $450.00 | $ 45.00 |
| 2/21/24 | Austin Anderson | Confer with CTH re offer, analyze Plaintiff's position, and discuss same with client. | 1.00 | $650.00 | $ 650.00 |
| 2/21/24 | Austin Anderson | Call with OC re defendants' settlement offer | 0.20 | $650.00 | $ 130.00 |
| 2/21/24 | Austin Anderson | Meet with CTH re case resolution | 1.00 | $650.00 | $ 650.00 |
| 2/23/24 | Carter Hastings | Read Reply in Support of Motion for Relief | 0.5 | $450.00 | $ 225.00 |

| | |
|---|---|
| Total Hours | 196.75 |
| Total Fee | $ 100,407.50 |
| Post-Judgment Hours | 28.30 |
| Post-Judgment Fee | $15,175.00 |